The Honorable Robert J. Bryan

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
8                              AT TACOMA

9
ERIC KLOPMAN-BAERSELMAN, as              3:18-cv-5536-RJB
10   Personal Representative for the Estate of
RUDIE KLOPMAN-BAERSELMAN,                DECLARATION OF BENJAMIN H.
11   deceased,                                ADAMS IN SUPPORT OF
                                         PLAINTIFF'S RESPONSE IN
12                  Plaintiff,           OPPOSITION TO DEFENDANT
                                         NATIONAL AUTOMOTIVE PARTS
13           v.                          ASSOCIATION'S MOTION TO
                                         DISMISS FOR LACK OF PERSONAL
14   AIR & LIQUID SYSTEMS                     JURISDICTION
CORPORATION, et al.,
15
                  Defendants.
16

17   I, BENJAMIN H. ADAMS, declare and state as follows:

18
         1.      I am one of the attorneys representing the Plaintiff in the above captioned case. This
19
declaration is based on personal knowledge, and I am competent to testify to the matters herein. I
20
make this declaration in support of Plaintiff's Response in Opposition to Defendant National
21
Automotive Parts Association's Motion to Dismiss for Lack of Personal Jurisdiction.
22
         2.      Attached hereto as **Exhibit "1"** is a true and correct copy of the Verdict, *Coogan*
23
*v. Borg-Warner Morse TEC*, April 17, 2017, Wash. Super. Ct.
24
         3.      Attached hereto as **Exhibit "2"** is a true and correct copy of the *Thomas v. Borg*
25
*Warner Morse TEC LLC, et al.*, No. 4:17-CV-00522 BSM (E.D. Ark. Nov. 19, 2018).
26

DECLARATION OF BENJAMIN H. ADAMS - 1            **WEINSTEIN COUTURE PLLC**
                                                   601 UNION STREET, SUITE 2420
                                                   SEATTLE, WASHINGTON 98101
                                                (206) 508-7070  -  FACSIMILE (206) 237-8650

4.       Attached hereto as **Exhibit "3"** is a true and correct copy of the Deposition of Steven Klopman-Baerselman taken on 12/12/18.

5.       Attached hereto as **Exhibit "4"** is a true and correct copy of the Deposition of Steven Klopman-Baerselman taken on 12/13/18.

6.       Attached hereto as **Exhibit "5"** is a true and correct copy of the Deposition of Ray Smith taken on 12/20/18.

7.       Attached hereto as **Exhibit "6"** is a true and correct copy of the Deposition of Ray Smith taken on 2/28/19.

8.       Attached hereto as **Exhibit "7"** is a true and correct copy of GPC Discovery Responses.

9.       Attached hereto as **Exhibit "8"** is a true and correct copy of the Deposition of Paul LeCour taken on 12/08/09.

10.      Attached hereto as **Exhibit "9"** is a true and correct copy of the excerpts of the Deposition of Byron Frantz taken on 3/4/15.

11.      Attached hereto as **Exhibit "10"** is a true and correct copy of the excerpts of the Deposition of Byron Frantz taken on 3/29/16.

12.      Attached hereto as **Exhibit "11"** is a true and correct copy of the NAPA Rayloc Master Catalog, 1991.

13.      Attached hereto as **Exhibit "12"** is a true and correct copy of the excerpts of *Coogan*, Trial Transcript, 2/23/17 PM.

14.      Attached hereto as **Exhibit "13"** is a true and correct copy of the., Fifth Amended Notice of Videotaped Deposition of the Defendant Genuine Parts Company d/b/a NAPA.

15.      Attached hereto as **Exhibit "14"** is a true and correct copy of the Deposition of Liane Brewer taken on 11/16/16 in *Coogan, et al. v. Borg-Warner Morse TEC, Inc., et al.*

16.      Attached hereto as **Exhibit "15"** is a true and correct copy of the NAPA Distribution Center documents.

DECLARATION OF BENJAMIN H. ADAMS - 2

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

1    17.    Attached hereto as **Exhibit "16"** is a true and correct copy of the excerpts of

2 *Coogan*, Trial Transcript, 2/08/17 PM.

3    18.    Attached hereto as **Exhibit "17"** is a true and correct copy of the excerpts of

4 *Coogan*, Trial Transcript, 2/28/17 PM.

5    19.    Attached hereto as **Exhibit "18"** is a true and correct copy of the Deposition of

6 Gaylord Spencer taken on 8/2/18.

7    20.    Attached hereto as **Exhibit "19"** is a true and correct copy of the Exhibit 3 to

8 Gaylord Spencer's deposition taken on 8/2/18.

9    **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE**

10 **UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

11    DATED at Los Angeles this 20th day of May 2019.

12

13                    *s/ Benjamin H. Adams*
                     BENJAMIN H. ADAMS (*Pro hac vice*)

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BENJAMIN H. ADAMS - 3

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

4

I hereby certify that on May 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

5

6

7

*s/ Chelsea Weeks*
Chelsea Weeks,
Paralegal

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF BENJAMIN H. ADAMS -  4

**WEINSTEIN COUTURE PLLC**
601 UNION STREET, SUITE 2420
SEATTLE, WASHINGTON  98101
(206) 508-7070  -  FACSIMILE (206) 237-8650