# EXHIBIT 9

BYRON H. FRANTZ

Page 1

1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                    FOR THE COUNTY OF ALAMEDA

3

   SHIRLEY A. SALA, individually
4  and as personal representative
   of the Estate of ERNEST J.
5  SALA, JR.; ERNEST J. SALA,
   III; and CARMEN Z. SALA,
6         Plaintiffs,
                                    Case No. RG 12622518
7       vs.

8  AMERICAN HONDA MOTOR, INC.,
   et al.
9         Defendant.

10

11                 VIDEO DEPOSITION OF
                    BYRON H. FRANTZ
12                  March 4, 2015
                      10:15 a.m.
13
                  Alston & Bird, LLP
14             1201 West Peachtree Street
                     Suite 4900
15              Atlanta, GA   30309-3424

16

17           Thomas R. Carey, CCR-B-1715

18

19

20

21

22

23

24                                          **CERTIFIED TRANSCRIPT**

25



HG Litigation Services
HGLitigation.com

BYRON H. FRANTZ

Page 16

```
 1        Q    You've testified as the corporate
 2   representative for Genuine Parts several times, is
 3   that true?
 4        A    Yes, sir.
 5        Q    On how many occasions have you testified
 6   on behalf of Genuine Parts?
 7        A    Approximately ten.
 8        Q    You have also verified interrogatory
 9   responses on behalf of Genuine Parts, is that true?
10        A    Yes, sir, that's accurate.
11        Q    And what that means is, in a lawsuit a
12   plaintiff like my clients get to ask questions of a
13   corporation like Genuine Parts, and then Genuine
14   Parts gives answers, are you familiar with that?
15        A    Yes, sir.
16        Q    And you're the person that verifies the
17   answers as being true and accurate, basically, is
18   that true?
19        A    To the best of my knowledge, yes, sir.
20        Q    And you do that on behalf of Genuine
21   Parts, is that true?
22        A    Yes, sir, that's accurate.
23        Q    Your corporate representative testimony
24   has touched on subjects including when Genuine Parts
25   sold asbestos products, true?
```



BYRON H. FRANTZ

Page 23

1    A    Yes, sir.
2    Q    And what is NAPA?
3    A    NAPA is the National Automotive Parts
4    Association.  It's an association of warehouse
5    distributors that market and brand under the NAPA
6    name, and Genuine Parts Company is a member of NAPA.
7    Q    Today how many members of NAPA are there?
8    A    As of approximately two years ago, Genuine
9    Parts Company is the only remaining member of NAPA.
10   Q    Can any other company in the world sell a
11   product under the NAPA name other than Genuine
12   Parts?
13   A    An independently owned NAPA store can sell
14   a NAPA product if they are affiliated with the
15   Genuine Parts Company distribution center for that
16   geographical area.
17   Q    So if an independent store was selling a
18   NAPA product, that NAPA product would still be a
19   Genuine Parts product, true?
20        MR. GRAHAM:  Objection.  It's overbroad as
21   to scope and time.
22        THE WITNESS:  Genuine Parts Company would
23   sell, would distribute the products to both company
24   owned as well as independently owned NAPA stores.
25   The independently owned NAPA store could, therefore,



BYRON H. FRANTZ

Page 214

1        CERTIFICATE
2   STATE OF GEORGIA:
3   COUNTY OF FULTON:
4
5        I hereby certify that the foregoing
6   transcript was taken down, as stated in the caption,
7   and the colloquies, questions, and answers were
8   reduced to typewriting under my direction; that the
9   transcript is a true and correct record of the
10  evidence given upon said proceeding.
11       I further certify that I am not a relative
12  or employee or attorney of any party, nor am I
13  financially interested in the outcome of this
14  action.
15       This the 12th day of March, 2015.
16
17
18  _____
19  THOMAS R. CAREY, RPR, CCR-B-1715
20
21
22
23
24
25

