# EXHIBIT 18

Page 1

1        IN THE UNITED STATES DISTRICT COURT FOR

2          THE EASTERN DISTRICT OF ARKANSAS

3                LITTLE ROCK DIVISION

4

5    CIVIL ACTION NUMBER

6    4:17-CV-00522-BSM

7

8    RONALD BURLIE THOMAS,

9         Plaintiff(s),

10   vs.

11   BORG-WARNER MORSE TEC, et al.,

12         Defendant(s).

13

14

15

16        VIDEOTAPE DEPOSITION TESTIMONY OF NAPA

17   THROUGH THE 30(b)(6) REPRESENTATIVE GAYLORD SPENCER

18                 August 2, 2018

19                  10:03 a.m.

20            Atlanta Marriott Northwest

21           200 Interstate North Parkway

22                 Atlanta, Georgia

23

24   COURT REPORTER:

     David Miller, LCR, CCR, RPR, RMR

25   Job No. 2968250

Page 2

1                    I N D E X

2

3  EXAMINATION BY:                    PAGE NO.

4  Mr. Braly                              7

5  Disclosure                            70

6  Certificate                           72

7

8

9

10

11               INDEX OF EXHIBITS

12  EXHIBITS                           PAGE NO.

13  PLF EXHIBIT 1    30(b)(6) depo notice      8

14  PLF EXHIBIT 2    Objections to deposition    8

15  PLF EXHIBIT 3    NAPA web page         19

16  PLF EXHIBIT 4    NAPA web page         22

17  PLF EXHIBIT 5    Gaylord Spencer affidavit   24

18  PLF EXHIBIT 6    NAPA web page         31

19  PLF EXHIBIT 7    NAPA web page         39

20  PLF EXHIBIT 8    Farmers lawsuit        42

21

22

23

24

25

```
                                              Page 3

 1              A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF(S):

 4           DEAN, OMAR & BRANHAM, LLP

 5           Ben D. Braly, Esq.

 6           302 North Market Street

 7           Suite 300

 8           Dallas, Texas 75202

 9

10

11   FOR THE DEFENDANT, FORD MOTOR COMPANY:

12           WRIGHT, LINDSEY & JENNINGS, LLP

13           Quinten J. Whiteside, Esq.

14           (Via Conference Call)

15           200 West Capitol Avenue

16           Suite 2300

17           Little Rock, Arkansas 72201

18

19   FOR THE DEFENDANT, HONEYWELL INTERNATIONAL INC.:

20           BARBER LAW FIRM, PLLC

21           Gail P. Gaines, Esq.

22           (Via Conference Call)

23           3400 Simmons Tower

24           425 West Capitol Avenue

25           Little Rock, Arkansas 72201
```

```
                                               Page 4
 1              A P P E A R A N C E S

 2

 3    FOR THE DEFENDANT, HENNESSEY INDUSTRIES, LLC:

 4            HAWKINS PARNELL THACKSTON & YOUNG, LLP

 5            P. Saxon Guerriere, Esq.

 6            (Via Conference Call)

 7            4514 Cole Avenue

 8            Suite 500

 9            Dallas, Texas 75205

10

11

12    FOR THE DEFENDANT, PNEUMO ABEX LLC:

13            DEHAY ELLISTON, LLP

14            R. Thomas Radcliffe, Esq.

15            36 South Charles Street

16            Suite 1400

17            Baltimore, Maryland 21201

18

19

20    FOR THE DEFENDANT, NAPA:

21            HAWKINS PARNELL THACKSTON & YOUNG, LLP

22            S. Christopher Collier, Esq.

23            303 Peachtree Street, NE

24            Suite 4000

25            Atlanta, Georgia  30308-3243
```

```
                                        Page 5

 1              A P P E A R A N C E S

 2

 3

 4    FOR THE DEFENDANTS, NAPA and GENUINE PARTS CO.:

 5              ATCHLEY, RUSSELL, WALDROP & HLAVINKA, LLP

 6              J. Dennis Chambers, Esq.

 7              1710 Moores Lane

 8              Texarkana, Texas 75505

 9

      ALSO PRESENT:

10

                RILEY, HEWITT, WITTE & ROMANO, P.C.

11              Patrick A. Hewitt, Esq. (Via Conference Call)

12

                ALSTON & BIRD LLP

13              Jennifer N. Keenan, Esq. (Via Conference Call)

14

15    VIDEOGRAPHER:

16              VERITEXT LEGAL SOLUTIONS

17              Mike Brown

18              1075 Peachtree Street, NE

19              Suite 3625

20              Atlanta, Georgia 30309

21

22              (Reporter disclosure made pursuant to

23    Article 8.b of the Rules and Regulations of the

24    Board of Court Reporting of the Judicial Council of

25    Georgia)
```

Page 6

1           I, David L. Miller, a Registered Merit

2     Reporter, acting as Commissioner, certify that on

3     this date, pursuant to the Federal Rules of Civil

4     Procedure, there came before me at the offices of

5     Atlanta Marriott Northwest, 200 Interstate North

6     Parkway, Atlanta, Georgia, commencing at

7     approximately 10:03 a.m. on August 2, 2018, GAYLORD

8     SPENCER, witness in the above cause, for oral

9     examination, whereupon the following proceedings

10    were had:

11

12           VIDEOGRAPHER:  We are on the record.

13           My name is Mike Brown representing

14    Veritext Legal Solutions.  The date is August the

15    2nd, 2018.  The time on the video monitor 10:02 AM.

16           This is the video deposition is

17    taking place at 200 Interstate North Parkway,

18    Atlanta, Georgia, in the matter of Ronald Thomas

19    versus Borg-Warner Morse Tec, LLC, et al.

20           The name of the witness -- this is

21    the 30(b)(6) of NAPA.

22           Counsel, please state your name, for

23    the record, and whom you represent.

24           MR. BRALY:  This is Ben Braly for

25    the Thomas family.  I'm fine with everybody just

Page 7

```
 1   reflected in the stenographic record.
 2                 VIDEOGRAPHER:  Okay.  The court
 3   reporter is David Miller.
 4                 Would the court reporter please
 5   swear the witness.
 6                 COURT REPORTER:  If you will raise
 7   your right hand for me, please, sir.
 8
 9                 GAYLORD SPENCER,
10   having been first duly sworn, was examined and
11   testified as follows:
12
13   EXAMINATION BY MR. BRALY:
14
15       Q.    Good morning.  My name is Ben Braly,
16   and I represent the Thomas family.
17                 Will you please introduce yourself.
18       A.    My name is Gaylord Spencer.
19       Q.    Mr. Spencer, do you understand that
20   you are here today because you have been
21   designated by attorneys for the National
22   Automotive Parts Association, or NAPA, to be the
23   corporate representative for them in this
24   deposition?
25       A.    Yes.
```

Page 8

```
 1          Q.      Okay.  Do you understand that the
 2   responses to the questions that I ask you are
 3   responses of NAPA, not necessarily the responses of
 4   you as an individual?
 5          A.      Yes.
 6          Q.      Okay.  I'm going to hand you what
 7   has been marked as Exhibit Number 1, which is
 8   simply the legal document which establishes this
 9   procedure that we are doing here.  It's called a
10   notice of deposition.
11                  (WHEREUPON, a document was marked as
12   Plaintiff's Exhibit 1 and is attached to the
13   original transcript.)
14          Q.      Have you seen that document before?
15          A.      Yes.
16          Q.      I have been given this morning what
17   has been marked as Exhibit Number 2, which are
18   NAPA's objections to this deposition proceeding.  I
19   don't know if you have seen those are not.
20                  (WHEREUPON, a document was marked as
21   Plaintiff's Exhibit 2 and is attached to the
22   original transcript.)
23          Q.      I'm not going to ask you any
24   questions about it.
25                  MR. COLLIER:  Before you get into
```

Page 9

```
 1    questioning can we put a couple of stipulations on?
 2                    MR. BRALY:  What did you have in
 3    mind?
 4                    MR. COLLIER:  Just that all
 5    objections other than form and responsiveness are
 6    reserved until the time of trial or other first
 7    permitted use of the transcript.  I guess an
 8    objection by one is an objection by all.
 9                    And I think we would like to read
10    and sign the transcript once the deposition
11    concludes.
12                    MR. BRALY:  Sure.  All of that is
13    fine with me.
14                    MR. COLLIER:  Thank you.
15         Q.    (BY MR. BRALY) Mr. Spencer, have you
16    ever given a deposition before?
17         A.    I have.
18         Q.    Have you ever given a deposition as
19    the corporate representative of NAPA before?
20         A.    Yes.
21         Q.    In an asbestos related context or
22    not?
23         A.    No.
24         Q.    Okay.  Approximately how many times
25    have you given a deposition?
```

Page 10

```
 1          A.      Three or four times.

 2          Q.      Three or four.  Okay.

 3                  It doesn't particularly concern me

 4    as far as what these other cases were about, but

 5    just so I kind of have an idea of what types of

 6    cases you have testified in, can you tell me.

 7                  I mean, were these cases in which

 8    NAPA had been sued for some various reason or NAPA

 9    was doing some suing for various reason or what was

10    going on?

11          A.      These would be product liability

12    cases.

13          Q.      Okay.  But not in the context of

14    asbestos?

15          A.      No.

16          Q.      Okay.  As I understand it, you are

17    the Corporate Secretary of the National Automotive

18    Parts Association or NAPA, correct?

19          A.      Yes.

20          Q.      Okay.  Are you an employee of the

21    Genuine Parts Company?

22          A.      No.

23          Q.      Your paycheck, your compensation,

24    your Social Security taxes -- these are all

25    associated with NAPA, correct?
```

 1        A.    That's correct.

 2        Q.    All right.  How many other corporate

 3   office seats are there other than Secretary,

 4   President, Vice-President, things like that, if you

 5   know?

 6              Approximately, if you can

 7   approximate them.

 8        A.    There is a Chairman, there is a

 9   President, there is Secretary.  That's about all I

10   know.

11        Q.    So the three of you?

12        A.    Uh-huh (Nodding head).

13        Q.    Okay.  I'm sure this has been

14   explained to you in the past, but we normally say

15   uh-huh when we are just talking, you know, just

16   conversationally.

17              It's one of these rules that

18   everyone hates lawyer about is you have to say

19   "yes" or "no".

20        A.    Yes.

21        Q.    Okay.  The President and Vice-

22   President are who?

23              MR. COLLIER: Object to the form.

24        A.    Of?

25        Q.    NAPA.

Page 12

```
 1          A.      The President of NAPA is Dan Askey;
 2    the chairman is Paul Donahue.
 3          Q.      Do you know if either of those
 4    individuals have any kind of leadership position or
 5    Board portion with Genuine Parts Company?
 6                  MR. COLLIER: Object to the form.
 7          A.      Yes.
 8          Q.      Yes for both or yes for --
 9          A.      Yes for both.
10          Q.      Do you have any Board position with
11    Genuine Parts Company?
12          A.      No.
13          Q.      Do you have any affiliation with
14    Genuine Parts Company?
15                  MR. COLLIER: Object to the form.
16          A.      Well, they are a member company of
17    the National Automotive Parts Association.  From
18    that standpoint I have an association with them.
19          Q.      But no leadership position, no board
20    position, no --
21          A.      No.
22          Q.      Okay.  And you receive no
23    compensation from Genuine Parts Company directly?
24          A.      No.
25          Q.      Okay.  Other than the contents of
```

Page 13

```
 1   conversations that you have had with attorneys for

 2   the National Automotive Parts Association, can you

 3   tell me what you have done to prepare for your

 4   deposition today.

 5        A.    Just read through past depositions

 6   and looked through some of the paperwork that has

 7   been provided.

 8        Q.    When you say past depositions, past

 9   depositions of whom?

10        A.    Genuine Parts Company

11   representatives.

12        Q.    So Paul Lacour, Mr. Hawley;

13   individuals like this?

14        A.    I have never seen Paul Lacour.

15        Q.    I'm sorry.  That's not the right

16   person.

17              Can you tell me whose prior

18   depositions that you have reviewed?

19        A.    Mark Coey.  I don't think I have

20   looked at any of Byron's.  And then some really old

21   NAPA ones, like Ross Kennedy from way back.

22        Q.    For what purpose would you be

23   reviewing Mr. Kennedy's deposition?

24              MR. COLLIER: Object to the form.

25        A.    Just to make sure I understood kind
```

Page 14

1    of what the line of questioning might be and to

2    understand the issues.

3            Q.    Okay.  Let's get a couple of things

4    kind of moved out of the way.

5                  NAPA does not manufacture products,

6    correct?

7            A.    NAPA doesn't manufacture, sell, or

8    distribute any products.

9            Q.    Our deposition notice asked for a

10   series of documents associated with NAPA, including

11   documents related to the identity of the NAPA

12   partners in Arkansas, things of that nature.

13                 Did you have a chance to review or

14   look for any of those documents?

15                 MR. COLLIER: Object to the form.

16           A.    I didn't look for those documents

17   because I don't think those documents exist.  We

18   don't have a method of keeping documents, and there

19   is no really repository for NAPA documents that I'm

20   aware of.

21           Q.    All right.  I will come back to

22   that.

23                 In your own words, can you describe

24   for us what is NAPA.

25           A.    Well, NAPA is a membership

Page 15

```
 1   corporation formed in Michigan in 1925 that,

 2   basically, serves at the pleasure of our members.

 3                 It was formed back then as a way to

 4   get things under one umbrella.  The automotive

 5   parts business at that point was very fragmented

 6   and you could only gets parts from OE

 7   manufacturers.

 8                 So this group of Continental Motor

 9   parts distributors banded together to try to form a

10   way to get parts easier, better, and more

11   organized.

12                 And if you understand that, then you

13   kind of can fast forward through the years.  It's

14   made up of members that are, basically, parts

15   distributors.

16        Q.    Okay.  Currently the only -- the

17   only member of the association is Genuine Parts

18   Company, correct?

19        A.    Yes.

20        Q.    Previously there -- Genuine Parts

21   Company has, I believe, since 1929 been a member of

22   the National Automotive Parts Association, correct?

23        A.    1928, I think.

24        Q.    1928.  Okay.

25                 Between 1928 and the present day,
```

Page 16

```
 1    there have been other members of the National
 2    Automotive Parts Association, correct?
 3         A.    Yes.
 4         Q.    It would be correct to say that
 5    those other members are regionally based.  For
 6    example, I think -- is it -- Quaker City Auto was a
 7    member of National Automotive Parts Association at
 8    one point in time, correct?
 9              MR. COLLIER: Object to the form.
10         A.    That's correct.
11         Q.    Okay.  And they covered a regional
12    area from Philadelphia -- I'm sorry --
13    Pennsylvania, Delaware, and kind of the
14    mid-Atlantic area, correct?
15         A.    That's correct.
16         Q.    Their involvement with NAPA would
17    not extend beyond their geographic area?
18              MR. COLLIER: Object to the form.
19         A.    So each of the member companies has
20    Distribution Centers that, as you describe,
21    typically are in an area of the country in its
22    history.
23              And, yes, so Quaker City would be in
24    this part of the country.  And Davis & Willmar or
25    GAP or whoever it was -- they would have areas of
```

1    the country they would distribute parts in through

2    their system -- through their Distribution Center.

3         Q.    So who were the other members of

4    NAPA, historically speaking?

5              MR. COLLIER: Object to the form.

6    Can you give like a --

7         A.    Time -- I mean --

8              MR. COLLIER:  -- more specific time

9    frame?

10        A.    How about if I tell you in 1990 --

11   that's when I started.

12        Q.    Do you have any information about

13   who the members of NAPA would have been, say,

14   between 1960 and 1980?

15             MR. COLLIER: Object to the form.

16        A.    I don't.  That was before me.  I

17   have some knowledge of some of those companies, but

18   I can't go to a place and look it up.

19        Q.    Okay.  Throughout that period of

20   time, however, you know that Genuine Parts Company

21   was a member of NAPA during that time period,

22   correct?

23        A.    Correct.

24        Q.    Genuine Parts Company was a --

25   I withdraw that.

Page 18

```
 1              NAPA currently maintains sixty
 2    Distribution Centers around the United States,
 3    correct?
 4              MR. COLLIER: Object to the form.
 5         A.    Well, NAPA is a membership company.
 6    They don't have any Distribution Centers.  NAPA
 7    doesn't own any Distribution Centers.
 8              Genuine Parts Company has
 9    fifty-seven Distribution Centers right now.
10         Q.    Okay.  How many employees does NAPA
11    have?
12         A.    Thirteen.
13         Q.    Who are they?
14         A.    Name each one?
15         Q.    Yeah.
16         A.    I can name the ones that report to
17    me.
18              So Gaylord Spencer.  It would be
19    Mark Socinski, it would be Whitney Swingle, Amy
20    Festey, Robert Reardon, Jason Rainy, Emily Beutler,
21    Nathalia Herd, Joele -- I can't remember her last
22    name.  A couple of these people don't report to me
23    so I can't think of their names.  That's who I can
24    remember.
25         Q.    Okay.  Do all of these individuals
```

Page 19

1    work in Atlanta?

2         A.      They do.

3         Q.      Okay.  Sir, are you familiar with

4    NAPA's website?

5         A.      I am.

6         Q.      Do you know that there is a website?

7         A.      I do.

8         Q.      I will hand you something that I

9    took from NAPA's website today.  I will mark it as

10   Exhibit Number 3.

11                MR. COLLIER:  Can I see a copy of

12   that.

13                (WHEREUPON, a document was marked as

14   Plaintiff's Exhibit 3 and is attached to the

15   original transcript.)

16        Q.      Sir, in the information that is

17   found on NAPA's website today it says that there

18   are seventeen thousand awesome NAPA employees.

19                Do you see that?

20        A.      I do.

21        Q.      That's more than thirteen, right?

22        A.      It is.

23        Q.      Who is telling the truth here; the

24   website or you?

25                MR. COLLIER: Object to the form.

Page 20

1          A.      I'm telling the truth.

2          Q.      The website isn't?

3                  MR. COLLIER: Object to the form.

4          A.      The website is using a broader

5    connotation of those people that work in a NAPA

6    outlet that says NAPA on the -- on the facility

7    name.  So they are including them.

8          Q.      Okay.  The website also says there

9    are sixty NAPA Distribution Centers, correct?

10         A.      Yes.

11         Q.      Okay.  Again, is the website just

12   sending out incorrect information or how do we

13   characterize this, because you had told me at the

14   very beginning of this deposition that NAPA doesn't

15   distribute products.  The website says there are

16   sixty Distribution Centers.

17                 MR. COLLIER: Object to the form.

18         A.      This website is a NAPA careers

19   website that looks like it is a page from HR, and

20   the information here is not completely accurate.

21         Q.      Do you know who's responsible for

22   maintaining that website?

23         A.      I don't.

24         Q.      Would it be one of the thirteen

25   people that you claim works for NAPA?

Page 21

1          MR. COLLIER: Object to the form.

2     A.     It would not.

3     Q.     So there is not a NAPA employee who

4     is responsible for maintaining NAPA's website?

5     A.     No.

6     Q.     Is there any -- who would?  I don't

7     understand that.

8          MR. COLLIER: Object to the form.

9     A.     Genuine Parts Company is our largest

10    member, and they are maintaining the website.

11    Q.     For the sixty Distribution Centers

12    for NAPA products, one of the topics in the

13    deposition notice asked you to be prepared to talk

14    about geographically where the nearest Distribution

15    Center to Little Rock, Arkansas, would have been in

16    the 1970s.

17         Do you have that information?

18    A.     Well, there was a Distribution

19    Center in Little Rock.  I don't know the exact

20    address, but we know that there was a Distribution

21    Center in Little Rock owned by Genuine Parts

22    Company.

23    Q.     How do you know it was owned by

24    Genuine Parts Company and not by NAPA?

25         MR. COLLIER: Object to the form.

Page 22

```
 1          A.      NAPA has never owned any
 2   distribution companies.  If you look at the 1979
 3   annual report of Genuine Parts, it will talk about
 4   opening the Little Rock DC.
 5          Q.      You had mentioned NAPA -- never
 6   mind.  I withdraw that.
 7                  You know, on NAPA's website -- this
 8   is Exhibit Number 4.
 9                  (WHEREUPON, a document was marked
10   as Plaintiff's Exhibit 4 and is attached to the
11   original transcript.)
12          Q.      On NAPA's careers website -- and
13   it's actually an entirely separate section of
14   NAPA's website devoted to the various jobs that you
15   can get with NAPA -- there are these biographies of
16   individuals who work for NAPA around the country.
17                  Have you seen this?
18          A.      I have not.
19                  MR. COLLIER: Object to the form.  I
20   want to make sure you have time to read it before
21   you answer any questions.
22          Q.      Sure.
23          A.      Okay.
24          Q.      Okay.  Do you know who Mark -- I
25   think it's Pesce, P-E-S-C-E, the individual who is
```

Page 23

```
 1   featured here from Phoenix, Arizona?
 2          A.     I do not.
 3          Q.     Or Erika Casas Sotelo?
 4          A.     I don't know.
 5          Q.     Okay.  Do you know if any of these
 6   individuals are receiving paychecks directly from
 7   NAPA as opposed to Genuine Parts Company, or do you
 8   know?
 9                 MR. COLLIER: Object to the form.
10          A.     Well, they would be GPC employees.
11          Q.     How do you know that?
12          A.     Well, because they -- it says HR
13   Generalist in Fresno.  Fresno is a Genuine Parts
14   Company DC.
15                 I know who the thirteen people are
16   that work for NAPA.  So by default, they have to be
17   Genuine Parts Company employees.
18          Q.     So, basically, NAPA is just a front
19   here for Genuine Parts Company?
20                 MR. COLLIER: Object to the form.
21          A.     I don't like the word "front."  But,
22   I mean, a lot of people within Genuine Parts
23   Company think of themselves as NAPA people.  It's
24   the brand.
25          Q.     You have authored affidavits in the
```

Page 24

1    past which claim that NAPA does not profit from the

2    sale of products; something to that effect.

3           A.     (Nods head)

4           Q.     Are you familiar with that

5    statement, just generally speaking?

6                  MR. COLLIER: Object to the form.  Do

7    you have any of those?

8                  MR. BRALY:  Sure.

9           Q.    (BY MR. BRALY) I have marked this

10   one as Exhibit Number 5.  Let me identify it for a

11   second.

12                 MR. COLLIER:  Sure.

13          Q.     This is a declaration of Gaylord

14   Spencer in support of the National Automotive Parts

15   Association's motion for summary judgment in a case

16   called Coogan.  It was pending in Pierce County,

17   Washington.

18                 (WHEREUPON, a document was marked as

19   Plaintiff's Exhibit 5 and is attached to the

20   original transcript.)

21                 MR. COLLIER:  Thanks.  Please read

22   through it before you answer any questions.

23                 MR. BRALY:  Yeah.

24                 (Pause)

25          Q.    (BY MR. BRALY) The rest is just

Page 25

```
 1   service information.
 2         A.     What was the question again?
 3         Q.     Let me remind myself.
 4                It's item number six I was going to
 5   ask you about.  The statement that you put in this
 6   one is, "NAPA does not receive any direct financial
 7   payment from the sale of any particular automotive
 8   part."
 9         A.     Yes.
10         Q.     Okay.  I want to parse that out just
11   a little bit.
12                NAPA branded Distribution Centers
13   distributed asbestos containing products, including
14   brakes and clutches during the time period in which
15   asbestos containing brakes and clutches were sold,
16   correct?
17                MR. COLLIER: Object to the form.
18         A.     That's a mouthful.
19                NAPA member companies -- you keep
20   saying NAPA Distribution Centers.  But they are
21   NAPA member Distribution Centers.  They are not
22   owned by NAPA.  They are owned in this case by
23   Genuine Parts Company.  They distributed a variety
24   of parts.
25         Q.     Okay.  The question was actually
```

1    NAPA branded Distribution Centers -- including in

2    Little Rock, Arkansas -- distributed asbestos

3    containing brake products and gasket products

4    during a time period in which those products were

5    asbestos containing, correct?

6              MR. COLLIER: Object to the form;

7    asked and answered.

8         A.    I still -- as soon as you say the

9    word NAPA branded Distribution Centers -- I can't

10   get past that because that's not really what they

11   are.

12        Q.    It's a Distribution Center, correct?

13        A.    Correct.

14        Q.    With the NAPA name on it, correct?

15        A.    It hangs a NAPA logo on it.

16        Q.    Right.

17        A.    But they aren't NAPA Distribution

18   Centers in a business entity name.

19        Q.    Right.

20              They are not, to your knowledge,

21   labeled as Genuine Parts Company Distribution

22   Centers as far as their marketing or for the world

23   to see; is that fair?

24              MR. COLLIER: Object to the form.

25        A.    I think when you walk into them on

Page 27

```
 1   the door it will saying Genuine Parts Company.
 2        Q.    The one in Little Rock, Arkansas,
 3   specifically?
 4              MR. COLLIER: Object to the form.
 5        A.    I'm not sure.
 6        Q.    The signage on the outside would
 7   carry the yellow and blue octagonal NAPA sign,
 8   correct?
 9        A.    Yes.
10        Q.    That would have been true in the
11   1970s as well, correct?
12              MR. COLLIER: Object to the form.
13        A.    I don't know.
14        Q.    You don't know what the NAPA logo
15   looked like in the 1970s?
16        A.    I know what the logo looked like.  I
17   don't know if it was on the Distribution Center in
18   that time period.
19        Q.    Other than Little Rock, what other
20   Distribution Centers carrying the NAPA logo or the
21   NAPA name would have been in Arkansas, if you know,
22   in the 1970s?
23        A.    I'm not aware of any others.
24        Q.    All right.  Let's talk about the
25   purpose or the value that is given through
```

```
 1   Distribution Centers for a moment.
 2                NAPA, as an association, has a --
 3   it's not a franchise, it's a -- there's a name for
 4   it -- a retailer cooperative of sorts; is that fair
 5   to say?
 6                MR. COLLIER: Object to the form.
 7        A.    I have never --
 8        Q.    You have never heard it called that?
 9        A.    I have never heard that called.  We
10   always refer to ourselves as a membership
11   association, sometimes a trade association.
12        Q.    All right.  NAPA, as an association,
13   has a method by which someone who runs an auto
14   parts store can have access to NAPA distribution
15   and NAPA signage, correct?
16                MR. COLLIER: Object to the form.
17        A.    Part of what NAPA does is we provide
18   marketing programs and services to member
19   companies.
20                So I'm not sure if I am answering
21   your question or not, but --
22        Q.    Okay.  You are.
23                If, Ben -- me -- if I am running an
24   auto parts store in Dallas, Texas, where I'm from,
25   and I want access to the inventory in a NAPA
```

1    Distribution Center -- or a NAPA branded

2    Distribution Center, and I want to be able to put

3    the NAPA logo and NAPA signage, I would contact

4    your association, NAPA --

5              A.     No, sir.

6              Q.     -- and discuss how to do that?

7                     MR. COLLIER: Object to the form.

8              Q.     Is that not correct?

9              A.     That's not correct.

10             Q.     How would that happen?

11             A.     If you were Ben in Dallas and you

12   wanted to open a NAPA store or display NAPA on an

13   existing outlet, you would contact the Distribution

14   Center nearest you, because the Distribution Center

15   is the one managing that process.

16             Q.     Okay.  At that point in time --

17   however that happened -- okay.

18                    So I contact the Distribution Center

19   that is not really a NAPA Distribution Center, but

20   the GPC Distribution Center that has the NAPA name

21   on it to become a NAPA store; is that right?

22                    MR. COLLIER: Object to the form.

23             A.     The relationship between the store

24   or the outlet and the manufacturer -- or whoever is

25   getting the parts -- is between the store and the

Page 30

1    Distribution Center.

2              So the Distribution Center makes the

3    call on, you know, whether they want to sell a

4    store and whether the store can be a NAPA store or

5    not.

6         Q.   And the Distribution Center, at

7    least according to you, is not really NAPA

8    employees, they are Genuine Parts employees; is

9    that what I'm hearing from you?

10        A.   That's correct.

11        Q.   Okay.  At that point in time I would

12   need to write a check to somebody for a store in

13   Dallas between a hundred thousand and two hundred

14   and fifty thousand dollars, right?

15             MR. COLLIER: Object to the form.

16        A.   I have -- where did you get that

17   number?  I don't even understand where the number

18   is coming from.

19        Q.   Okay.  Again, there is a whole

20   section of NAPA's website dealing with how to

21   establish a NAPA store.

22             I will hand you this.  It's marked

23   as Exhibit Number 6.

24             (WHEREUPON, a document was marked as

25   Plaintiff's Exhibit 6 and is attached to the

Page 31

1   original transcript.)

2          Q.     Sir, Exhibit Number 6 is a printout

3   of a section on NAPA's website dealing with

4   partnering with NAPA for store locations.

5                 MR. COLLIER:  Make sure you read it

6   all before you start responding, please.

7          Q.     Have you ever seen this before?

8          A.     I have not.  I'm not familiar with

9   this.

10         Q.     Okay.  Do you see in the column that

11  lists out the costs associated with generating

12  inventory and signage and everything else that goes

13  along with being a NAPA store for a larger city

14  like Dallas -- you would be talking about an

15  investment of between a hundred thousand and two

16  hundred and fifty thousand dollars if I was to

17  become a NAPA store?

18                MR. COLLIER: Object to the form.

19         A.     Okay.  I think -- if I am reading --

20  if I am understanding your question -- if I am

21  reading this right, it's saying that the total

22  investment would be eight hundred and fifty

23  thousand, but you would need a hundred and fifty to

24  two hundred thousand.

25         Q.     Right.

Page 32

```
 1              I would have to write somebody a
 2  check for access to the distribution network and
 3  the signage?
 4         A.     In other words --
 5                MR. COLLIER: Object to the form.
 6         A.     For the Dallas Distribution Center,
 7  in your example to put you in business -- if they
 8  selected you and you selected them to be a
 9  partner -- they would -- you would need to have
10  that kind of money to be able to put inventory in
11  and fixtures and stuff.  I think that's an
12  estimate.
13         Q.     And if you are not one of the NAPA
14  partner companies, you would not have access to the
15  NAPA branded Distribution Centers; is that correct?
16                MR. COLLIER: Object to the form.
17         A.     NAPA partner companies -- I'm still
18  not sure what you mean by that.
19         Q.     If I wasn't a NAPA branded store --
20  a NAPA jobber so to say -- I would not have access
21  to NAPA's Distribution Centers?
22                MR. COLLIER: Object to the form.
23         A.     So I think the question is
24  Distribution Centers -- GPC Distribution Centers
25  that sell NAPA parts -- they only sell to NAPA
```

Page 33

```
 1    stores.
 2           Q.     Okay.
 3           A.     I think I did that backwards what
 4    you described.
 5           Q.     It sounds like the answer to my
 6    question is right -- is correct, but just to kind
 7    of wrinkle this out a little bit.
 8                  In order to receive NAPA parts from
 9    a GPC Distribution Center that has NAPA's name on
10    it I would have to be a part of NAPA's network of
11    jobber individuals; fair?
12                  MR. COLLIER: Object to the form.
13           A.     Yes.
14           Q.     Okay.  I couldn't just run Moe's
15    Auto Parts store and call a NAPA Distribution
16    Center and say, "Hey, I need some NAPA parts,"
17    because they will not sell to me if I am not part
18    of this jobber network, correct?
19                  MR. COLLIER: Object to the form.
20           A.     Correct.
21           Q.     In addition, the NAPA Distribution
22    Centers exclusively service and provide parts to
23    Genuine Parts Company owned retail stores, correct?
24                  MR. COLLIER: Object to the form.
25           A.     So Genuine Parts Company owns NAPA
```

Page 34

```
1    stores is what you are talking about?
2         Q.    Right.
3         A.    So they would receive their parts --
4    again, from your example -- from the Dallas GPC
5    Distribution Center.
6         Q.    Right.
7               Or in the case of Mr. Thomas -- you
8    are aware that Mr. Thomas had testified that he
9    purchased NAPA branded parts from a location that
10   has been identified as a Genuine Parts Company
11   owned store.
12              Are you aware of that?
13        A.    I am from reading the documents.
14        Q.    Okay.  Did you read Mr. Thomas'
15   deposition, by the way?
16        A.    I did.
17        Q.    Okay.  Did you read Mr. Parsons'
18   deposition?
19        A.    I did.
20        Q.    You did.  Okay.
21              Was there anything about either of
22   their testimonies that kind of jumped out at you
23   as -- you know, just in your experience as not
24   something that was plausible or something that you
25   had some kind of disagreement with -- it just
```

Page 35

```
 1   stands out with you that you would like to discuss
 2   with me?
 3                  MR. COLLIER: Object to the form.
 4   Are you asking him in his personal capacity?
 5                  MR. BRALY:  He hasn't been noticed
 6   in his personal capacity.  I'm just asking him if
 7   there is, you know --
 8                  THE WITNESS:  Not really, no.
 9        Q.    (BY MR. BRALY) Okay.  I understand
10   that NAPA is organized as a nonprofit corporation;
11   is that correct?
12        A.    That's correct.
13        Q.    Do you happen to know if I was going
14   to say 501(c) something -- under what section of
15   the tax code they are organized?
16                  Is that something that you know?
17        A.    No.
18        Q.    All right.  Where does the revenue
19   come from to pay your salary?
20        A.    Okay.  There are three or four
21   sources of revenue for NAPA.  It comes from -- it
22   could come from royalties from, say, uniforms or
23   things that people get that display the NAPA logo.
24   We would get a small amount of money for that.
25                  We also ask our -- ask NAPA branded
```

1    stores to contribute to national advertising, which

2    almost all do because they see the benefit of the

3    NAPA brand.

4              And we also get money from the

5    supplier manufacturer base in terms -- in the form

6    of a small percentage that again falls into the

7    pot, so to speak.

8              We use that -- those proceeds from

9    those revenues to pay for television, radio,

10   sponsorships, et cetera.

11        Q.    The last one -- the small

12   percentage -- what was that from?

13        A.    Suppliers to Genuine Parts Company.

14        Q.    Okay.  There are -- NAPA, as an

15   organization, does a significant amount of

16   marketing; fair?

17        A.    Yes.

18        Q.    Radio, print, TV, correct?

19        A.    Yes.

20        Q.    They have got that neat jingle,

21   "NAPA know how?"

22        A.    Thank you.

23        Q.    Yeah.  It's catchy.

24              This was all part of raising the

25   awareness for people to want to be associated with

1    NAPA; fair?

2              MR. COLLIER: Object to the form.

3         A.    I don't know so much it's people

4    wanting to be associated with NAPA.  We want

5    people -- whether it's consumers or whether it's

6    technicians -- to think NAPA when they need an

7    automotive part.

8         Q.    Okay.  The funding for this

9    nationwide ad campaign comes from a percentage of

10   sales that Genuine Parts provides back to NAPA; did

11   I hear that right, or no?

12             MR. COLLIER: Object to the form.

13        A.    Let me try to explain.

14        Q.    Sure.

15        A.    Mainly two -- mainly two places.

16   First, from stores there is a percentage -- a small

17   percentage.

18             And then the second is from what I

19   classify as suppliers or manufacturers that provide

20   a small percentage -- we call an ad allowance --

21   back -- it comes back from -- through the DCs, and

22   then back to the member company, and then back to

23   us.

24        Q.    So this ad allowance for the

25   suppliers or manufacturers goes back to the NAPA

Page 38

1    branded DC that is owned by Genuine Parts?

2         A.    That's correct.

3         Q.    And then it goes back to the member

4    company, which is the Genuine Parts Company?

5         A.    That's correct.

6         Q.    And then it goes to NAPA?

7         A.    That's correct.

8         Q.    It is from that revenue, in part,

9    that funds the marketing aspects of NAPA?

10        A.    That's correct.

11        Q.    Okay.  And as it relates to the

12   stores -- I hate to use the word "tax" -- but it is

13   kind of like a tax on store owners for marketing

14   purposes?

15             MR. COLLIER: Object to the form.

16        A.    Well, we just refer to it as an ad

17   allowance.

18        Q.    Fine.

19             So there is an ad allowance.  Is

20   this levied on stores; I mean, do they have to pay

21   it?

22        A.    Nothing in NAPA is have to.  They

23   don't have to do anything.  Ninety-nine percent of

24   them do it because they see the benefit.

25        Q.    That money goes back through the

Page 39

```
 1    NAPA branded Distribution Centers, which then goes
 2    to Genuine Parts, which then goes back to NAPA?
 3          A.    Same stream.
 4          Q.    NAPA spends a significant amount of
 5    money on marketing or advertising, correct?
 6               MR. COLLIER: Object to the form.
 7          A.    I guess it depends on how you
 8    determine significant.
 9          Q.    Sure.
10          A.    A fair amount of money, yes.
11          Q.    NAPA maintains primary sponsorship
12    throughout the racing circuits in the United
13    States; NASCAR, Indy, NHRA, Outlaw?
14          A.    Yes.
15          Q.    There is a whole section on NAPA's
16    website dealing just with their racing
17    sponsorships; are you aware of that, correct?
18               MR. COLLIER: Object to the form.
19          A.    I would like to see it before I say
20    I'm aware of it.
21          Q.    Okay.  If you are not aware of it,
22    that's fine.
23               Marking Exhibit Number 7.
24               (WHEREUPON, a document was marked as
25    Plaintiff's Exhibit 7 and is attached to the
```

Page 40

1    original transcript.)

2         A.     Okay.

3         Q.     Okay.  For example, in the NASCAR

4    Sprint Cup Series NAPA is the primary sponsor for

5    Chase Elliott, who is a driver in that circuit,

6    correct?

7         A.     Correct.

8         Q.     You are aware that prior to that

9    they had been the primary sponsor for Michael

10   Waltrip, correct?

11        A.     Yes, I'm aware.

12        Q.     Going back for several decades,

13   right?

14        A.     Yeah.

15        Q.     I think Martin Tuex at some point,

16   too?

17        A.     Yeah.

18        Q.     Do you know what it cost to be a

19   primary sponsor for a season in the NASCAR Sprint

20   Cup series alone?

21             MR. COLLIER:  Object to the form.

22        A.     I do.

23        Q.     What is NAPA paying a year to be the

24   primary sponsor for Chase Elliott's car in the

25   NASCAR circuit this year?

Page 41

1          A.      Fourteen million.

2          Q.      Only fourteen million?

3                  MR. COLLIER: Object to the form.

4          A.      Yeah.

5          Q.      Okay.  I asked because you may not

6     know this.  There was a lawsuit between another

7     primary sponsor and another driver a couple of

8     years ago -- between an individual named Kasey

9     Kahne and his primary sponsor, Farmers Insurance.

10                 Do you know about this at all?

11         A.      I do.

12         Q.      Okay.  And that lawsuit established

13    that Farmers Insurance -- or their primary

14    sponsorship was paying on the order of sixty-seven

15    million dollars a year for their primary

16    sponsorship of that ride.

17                 Are you aware of that?

18                 MR. COLLIER:  I am going to object

19    to the form.  We are getting way outside of the

20    scope of the deposition notice.

21         Q.      Are you aware of that?

22         A.      I'm not.

23         Q.      Okay.  I will hand you -- I will

24    have it marked.  I won't ask any more questions

25    about that.

Page 42

```
 1              (WHEREUPON, a document was marked as
 2    Plaintiff's Exhibit 8 and is attached to the
 3    original transcript.)
 4        Q.    I'm not going to ask you any more
 5    questions about it.  Just set that aside.  I just
 6    wanted that to be part of the record.
 7              What is NASCARs -- I'm sorry.
 8              What is NAPA's yearly funding to be
 9    the primary sponsor for a car in the Indy car
10    series?
11              MR. COLLIER: Object to the form.
12    Again, I think we are way outside of the scope of
13    the deposition notice.  There is no topic related
14    to --
15              MR. BRALY:  It has to do with where
16    the money comes from.
17              MR. COLLIER:  Well, this is money
18    that they are paying.
19              MR. BRALY:  That's fine.
20              MR. COLLIER:  I will let you ask a
21    couple of more questions.
22              MR. BRALY:  Sure.  I only have a
23    couple of more.
24              MR. COLLIER:  Okay.
25              THE WITNESS:  This is hard to
```

1   remember all of these numbers.  I think the Indy

2   car series -- we don't have the whole series, we

3   have about half of the races.  And I believe it's

4   about three and a half million.

5            Q.     (BY MR. BRALY) What about for NHRA?

6                  MR. COLLIER:  Same objections.

7            A.     Twenty-four races, three and a half

8   million.

9            Q.     All right.  And for -- I always call

10  it Outlaw, but that's not the actual name for it.

11           A.     World of Outlaws.

12           Q.     Yeah.

13                  For that circuit, what does NAPA's

14  sponsorship cost a year?

15                  MR. COLLIER:  Same objections.

16           A.     It's a lot less.  Like eight hundred

17  and fifty thousand dollars, something like that.

18           Q.     The role of a Distribution Center --

19  let me talk to you about that for just a little

20  bit.

21                  A Distribution Center provides value

22  to the people who shop at that Distribution Center

23  by sourcing parts from manufacturers or suppliers

24  into a singular location; fair?

25                  MR. COLLIER: Object to the form.

Page 44

```
 1          A.        Shops at a Distribution Center --
 2     nobody really shops at a Distribution Center.  The
 3     Distribution Center distributes parts to stores.
 4          Q.        Right.
 5                    The value that they add to those
 6     stores is by collecting and acquiring parts from a
 7     multiplicity of other sources so that those stores
 8     don't have to then source all of those parts
 9     individually.
10                    MR. COLLIER: Object to the form.
11          A.        Oh, I see what you are saying.
12                    Well, you are in GPC land here.
13     But, I mean, a Distribution Center would purchase
14     parts from a number of different vendors,
15     consolidate them, keep them under one roof.
16                    And then, yes, a store could then
17     buy the parts that they have in that Distribution
18     Center from one single source.
19          Q.        Okay.  Do you know who the manager
20     was -- or the owner, I suppose, was of the
21     Distribution Center in Little Rock, Arkansas, in
22     the 1970s?
23                    MR. COLLIER:  Object to the form.
24          A.        No.
25          Q.        Do you know how you would find that
```

Page 45

1   out, if you could?

2                    MR. COLLIER: Object to the form.

3        A.      Well, again, it's a Genuine Parts

4   Company Distribution Center.  So I -- NAPA doesn't

5   keep records of that sort of thing, but maybe

6   Genuine Parts Company does.

7        Q.      Do you know who Leigh Ann Brewer is?

8        A.      Only from the deposition that I read

9   from Mr. Coey.

10       Q.      Okay.  Did you ever read Leigh Ann

11  Brewer's deposition?

12       A.      No.  I didn't even know she gave a

13  deposition.

14       Q.      Individuals who -- so I just kind of

15  want to understand this.

16                    If I wanted to get a job at a NAPA

17  branded Distribution Center, and I went on NAPA's

18  website -- NAPAonline.com, -- and I went to the

19  NAPA careers section and filled out an application

20  to work in a NAPA Distribution Center, you are

21  telling me through all of that I'm really applying

22  to work for Genuine Parts Company?

23                    MR. COLLIER: Object to the form.

24       A.      That's right.  I don't really have

25  visibility to any of that.  That's a Genuine Parts

Page 46

```
1    Company driven initiative.  They would be working
2    for Genuine Parts Company.
3           Q.     These warehouses that -- there is no
4    dispute that the parts that are sold into these
5    warehouses, and then sold out of these warehouses,
6    would be in the chain of distribution for whatever
7    those parts would be; is that fair?
8                  MR. COLLIER: Object to the form.
9           A.     I'm sorry, I don't understand.
10          Q.     Moving parts -- moving, really,
11   anything.
12                 It would be fair to say that from
13   the point of manufacture to the point distribution
14   to the point of end use that that Distribution
15   Center would be in that overall chain of how a
16   product gets moved; fair?
17          A.     Yes.
18          Q.     Okay.  It's your contention, as you
19   sit here today, though, that the Distribution
20   Centers that are labeled NAPA, and referred to as
21   NAPA Distribution Centers -- called NAPA
22   Distribution Centers on NAPA's website -- are
23   really just Genuine Parts Corporation Distribution
24   Centers; is that right?
25          A.     Yes.
```

Page 47

```
 1              MR. COLLIER: Object to the form.
 2      Q.     I did not do a sufficient job of
 3   talking to you about what your corporate history is
 4   with NAPA.  I kind of want to do that for just a
 5   little bit.
 6              You began with them in 1990, I
 7   believe you said.
 8      A.     That's correct.
 9      Q.     Just because I have not seen any
10   prior transcripts of you, I want to do like a
11   little bit of a resume' walkthrough, if you don't
12   mind.
13              Did you attend college?
14      A.     I did.
15      Q.     Where?
16      A.     Cedarville College in Cedarville,
17   Ohio.
18      Q.     Did you graduate with a degree?
19      A.     I did.
20      Q.     When was that?
21      A.     1977.
22      Q.     Between 1977 and 1990 can you walk
23   me through what your professional experience was up
24   to that point.
25      A.     Sure.
```

Page 48

1     Q.     Okay.

2     A.     In 1977 I graduated from Cedarville.

3  I went to work for a company in Indianapolis called

4  Guaranty Auto Stores.  They had about fifty stores

5  throughout Indiana.

6            I was a management trainee.  I did

7  pretty much everything -- you know, did all things

8  trainees do.  And, you know, pulled parts and, you

9  know --

10    Q.     Made the coffee?

11    A.     Did everything.

12    Q.     Yeah.

13    A.     And then I eventually worked my way

14 up to a store manager in that system.  I was a

15 store manager for a couple of years.

16           Then I came in as what they call the

17 buyer.  So I was a buyer at corporate headquarters

18 for awhile.

19    Q.     May I stop you for a second?

20    A.     Of course.

21    Q.     This is completely interrupting you.

22 It's not appropriate, so you can tell me to jump

23 off and I will.

24           I want to follow up on just a couple

25 of these things before you go on to being a buyer.

Page 49

1           A.      Okay.

2           Q.      Your degree was in what?

3           A.      It was in business.

4           Q.      Okay.  Guaranty Auto -- you said it

5    was in Indianapolis?

6           A.      Yes.

7           Q.      Was all of your work done in

8    Indianapolis?

9           A.      No.  I -- they were spread

10   throughout Indiana, so I was throughout Indiana

11   during various times.

12          Q.      But all in Indiana?

13          A.      Yes.

14          Q.      Were they affiliated with NAPA?

15          A.      No.

16          Q.      All right, sir.  And then you

17   became -- I cut you off when you were becoming a

18   buyer.

19                  Do you remember what year that would

20   have been?

21          A.      It was about '81.

22          Q.      All right.  Was this also with

23   Guaranty Auto?

24          A.      It was.

25          Q.      Please continue.

Page 50

1          A.     So -- and just, again, is a small

2     company.  So I worked my way up and was eventually

3     head of purchasing.  It's, again, a small company,

4     so purchasing and advertising went together.

5     I sort of had a knack more for advertising, I

6     suppose.

7                    That company ended up getting bought

8     by a company called Nationwise Automotive in '85 or

9     so, '86.  I think -- I would say '86.

10                    And I went to work for Nationwise --

11     I'm leaving a couple of years out of here somehow.

12                    In any case, I moved to Columbus,

13     Ohio.  I ran Nationwise's advertising.  They had

14     three hundred stores, so it was a bit of a bigger

15     deal.

16                    And then late in '89 I got a call

17     from NAPA, and I went to work for NAPA in January

18     of 1990.

19          Q.     Okay.  They came to you?

20          A.     They did.

21          Q.     Okay.

22          A.     Somewhere in there I got a master's

23     degree from Butler University.  I just feel

24     compelled to say that.

25          Q.     Okay.  No.  I would, too.  It's

1   significant.

2           A.      It's hard work when you are doing it

3   at night.

4           Q.      Sure.

5                   And when would that have been that

6   you got your master's degree?

7           A.      '85.

8           Q.      Okay.  That was an MBA?

9           A.      Yes.

10          Q.      Okay.

11                  THE WITNESS:  Would it be okay if we

12  took five?

13                  MR. BRALY:  Sure.  Absolutely.

14                  VIDEOGRAPHER:  Off the record at

15  10:55.

16

17                      (SHORT RECESS)

18

19                  VIDEOGRAPHER:  Just a second,

20  please.

21                  Beginning video two of the 30(b)(6)

22  of NAPA.

23                  Back on the record.  The time is

24  11:03 AM.

25          Q.      (BY MR. BRALY) We were talking about

Page 52

```
 1    your professional history.  Your history with

 2    NAPA -- I want to start there in 1990, but I want

 3    to get a couple of things out of the way.

 4                  Have you ever worked in a

 5    Distribution Center for NAPA?

 6         A.     No.

 7         Q.     Or labeled NAPA?

 8         A.     I have not.

 9         Q.     All right.  You have -- you have

10    never had to stock shelves, handle product, be in a

11    store front, anything of that sort as part of your

12    job with NAPA, correct?

13         A.     That's correct.

14         Q.     Never a point of sales person or

15    anything like that, correct?

16                  MR. COLLIER: Object to the form.

17         A.     Not with NAPA.

18         Q.     Right.

19                  Your career with NAPA -- what did

20    you hire in as?

21                  Can you kind of walk me through your

22    career with NAPA.

23         A.     Sure.  I'm not sure I can label

24    every year correctly.

25                  But it's -- I was hired in as a
```

1   Retail Marketing Manager.  So my responsibilities

2   at that time primarily were around -- I mean, I was

3   kind of an Army of one dealing with the retail

4   business and trying to provide member companies and

5   Distribution Centers with materials that would help

6   them sell to the general public a bit more than --

7   at that time it was very -- was very wholesale

8   oriented.  So my background is more retail.

9               So, you know, I provided sales

10  suggestions, did point of purchase materials, put

11  together promotions.  And that -- there is -- it's

12  kind of a gradual kind of a thing.

13              I have always been in the marketing

14  and advertising the whole time I have been at NAPA.

15  So it's just a matter of more responsibility along

16  the way.

17        Q.     Okay.

18        A.     I got promoted to Director of Retail

19  Marketing, then Vice-President of Marketing

20  Strategy, and then eventually Senior Vice President

21  of Marketing over the twenty-eight years.

22        Q.     Would it be fair to say that using

23  the kind of the parlance that you have been using

24  as far as dividing NAPA and GPC here -- that NAPA,

25  as NAPA -- primarily what they provide are

Page 54

1  marketing-based solutions for member companies?

2            MR. COLLIER: Object to the form.

3       A.      Yeah.  I describe it as marketing

4  programs and advertising.

5       Q.      Okay.  And that would include --

6  when you say things like point of -- you used a

7  phrase and I didn't --

8       A.      Point of purchase.

9       Q.      Point of purchase, yeah.

10            Like when you go into a NAPA branded

11  store, and you see one of these poster boards that

12  extols the virtues of some NAPA-branded product --

13  that would be something that would originate from

14  NAPA, correct?

15            MR. COLLIER: Object to the form.

16       A.      That's something that the NAPA

17  Marketing Department would do, yes.

18       Q.      The product branded NAPA in that

19  promotional literature would be a Genuine Parts

20  Corporation product?

21            MR. COLLIER: Object to the form.

22       A.      The NAPA branded product would come

23  from a wide variety of manufacturers.

24       Q.      Fair enough.

25            The NAPA branded product in the NAPA

Page 55

1    promotional literature was not made by NAPA?

2        A.    That's correct.

3        Q.    NAPA's role is to create materials

4    that will encourage people to buy more of the NAPA

5    branded products?

6            MR. COLLIER: Object to the form.

7        A.    Yeah, I think that's fair.

8        Q.    That's always been part of what NAPA

9    does, correct?

10       A.    I guess as -- since my tenure at

11   NAPA, primarily what we have done is provide

12   marketing programs, advertising, platforms to try

13   to make everybody feel better about the NAPA brand.

14   The name -- be it recognized -- have it recognized,

15   and so on.

16       Q.    That would have been the role of

17   NAPA in the 1970s as well?

18           MR. COLLIER: Object to the form.

19       A.    As I understand it, yes.

20       Q.    As you understand it, that would

21   always be the role of NAPA is to encourage people

22   to purchase more NAPA branded products?

23       A.    Yes, that's one of their roles, for

24   sure.

25       Q.    Sure.

Page 56

1              That would be part of the method by
2    which products are sold, fair, is the marketing
3    component of selling those products?
4              MR. COLLIER: Object to the form.
5         A.      Well, marketing -- you know, I'm a
6    marketing guy.  So marketing always feel like they
7    have a role in selling product.
8         Q.      Sure.
9         A.      Most things that are purchased in an
10   auto parts store are -- people don't wake up in the
11   morning thinking, "I can't wait to go buy that."
12   It's a purchase that's a need purchase.
13              So what we try to do from a NAPA
14   advertising standpoint is raise a level of
15   awareness so that people recognize the NAPA name
16   and think about us in a positive way.  And so when
17   their car has a need, they think of NAPA.
18        Q.      Okay.  As far as the catchy
19   television commercials that we have talked about
20   and everything, that also originates from NAPA as
21   NAPA, correct?
22        A.      That's correct.
23        Q.      That's not a Genuine Parts Company
24   process; fair?
25        A.      It's a NAPA thing.

1        Q.    When you started in 1990, how many

2   member companies were there of NAPA, other than

3   Genuine Parts Company?

4        A.    I knew you were going to ask that.

5   I believe there were five.  There was Genuine

6   Parts, there was NAPA Hawaii, there was Quaker City

7   Motor Parts, there was Davis & Willmar, and there

8   was Britten Brothers.

9        Q.    Geographically, NAPA Hawaii would

10  have been regional to Hawaii?

11       A.    Yes.

12       Q.    We talked about Quaker City earlier

13  kind of being the northern Mid-Atlantic area.

14             Davis & Willmar -- did they have a

15  regional area?

16       A.    Yeah.  I think about them in

17  Pennsylvania.  I'm not positive that that is

18  correct or not.

19             But Davis & Willmar and Britten

20  Brothers were pretty early on in my career there.

21  And I don't really have a clear memory.  Each had

22  their own area.

23       Q.    Genuine Parts was the largest out of

24  all of those, correct, as far as their role to play

25  in the overall NAPA picture?

Page 58

1          A.     Yes.  They had the most Distribution

2   Centers and the most volume.

3          Q.     They had a national Distribution

4   Center network, correct?

5                 MR. COLLIER: Object to the form.

6          A.     Well, not really national because

7   some of these other member companies had

8   Distribution Centers.

9                 So, I mean, Genuine Parts would have

10  a Distribution Center, say, where Quaker City had a

11  Distribution Center.

12         Q.     So that was my next question.

13                If there was geographic overlap you

14  couldn't have competing NAPA branded Distribution

15  Centers between Quaker City and Genuine Parts, for

16  example; is that right?

17                MR. COLLIER: Object to the form.

18         A.     I mean, you are getting into some

19  Genuine Parts Company type questions.

20                But my understanding is that there

21  was sort of a -- I don't know if it was written or

22  unwritten -- but basically, "Hey, this is a

23  Distribution Center here, this is basically my

24  area, that's where we are going to distribute at."

25                There wouldn't be overlap.  You

Page 59

1    wouldn't have member companies competing with each

2    other in a territory.

3         Q.    It is correct that NAPA never

4    endeavored to provide any kind of cautionary

5    statements, warning statements, or anything like

6    that to Genuine Parts Company or any of their other

7    member companies or to any of their marketing

8    information about potential hazards associated with

9    asbestos; is that fair?

10              MR. COLLIER: Object to the form.

11        A.    That's not really NAPA's role.  I

12   mean, NAPA is not in the distribution chain.  So it

13   would be correct to say that NAPA didn't have a

14   role in that.

15        Q.    They never did that, correct --

16              MR. COLLIER: Object to the form.

17        Q.    -- to your knowledge?

18        A.    To my knowledge, no.

19        Q.    The funding for marketing events --

20   like what we talked about with the auto racing and

21   everything else -- that's funding that comes from

22   NAPA, not GPC, correct?

23              MR. COLLIER: Object to the form.

24        Q.    Like NAPA pays for that?

25        A.    That's correct.

Page 60

1          Q.     Through the revenue streams that we
2    talked about before, which include revenue streams
3    from GPC?
4          A.     That's correct.
5          Q.     All right.  I have a series of kind
6    of yes or no questions that deal with documents.  I
7    kind of want to have a better scope of what NAPA
8    would have and what they don't.
9                 Does NAPA have any documents related
10   to sales of products through Distribution Centers
11   that are branded as NAPA Distribution Centers?
12                 MR. COLLIER: Object to the form.
13         A.     Talking currently?
14         Q.     No.  For the 1970s or '80s.
15         A.     No.
16         Q.     What about currently?
17         A.     So we get information about what a
18   Distribution Center sells out monthly that the
19   members report into us.
20                 In this case, obviously, one member,
21   Genuine Parts.  So we have information about who
22   they sell and how much they sell.
23         Q.     Specific stocking information, how
24   much a Distribution Center orders from suppliers,
25   how much moves out the door, or what

Page 61

```
 1    specifically -- kind of a breakdown of how much
 2    goes out the door.
 3               Is that information -- that level of
 4    detail sufficient -- information that is provided
 5    to NAPA or that NAPA has?
 6         A.    Not NAPA and our thirteen employees.
 7    That's definitely something that Genuine Parts
 8    Company would have and keep track of.  And the
 9    right people would have that information; but, I
10    mean, we wouldn't have it.
11         Q.    NAPA provides marketing information
12    to stores, including suggested store layouts and
13    store signage, correct?
14               MR. COLLIER: Object to the form.
15         A.    No.  There is -- you are talking
16    about like planograms and things like that.  That's
17    a Genuine Parts Company function that they deal
18    with their stores.
19         Q.    NAPA provides signage -- we have
20    already talked about this -- correct?
21               MR. COLLIER: Object to the form.
22         A.    Point of purchase sales signage.
23         Q.    What about the great big sign on the
24    outside, the giant blue and yellow octagonal NAPA
25    sign; who provides that?
```

1          A.     I mean, that's a third party,

2    obviously.   I mean, NAPA doesn't provide it, nor

3    does Genuine Parts.   They are buying it from some

4    third party.

5               The only part NAPA would have played

6    in that a long time ago would have been the design.

7          Q.     Just as basic trademark issues, NAPA

8    licenses that logo to other people to manufacture?

9               MR. COLLIER: Object to the form.

10         A.     NAPA licenses suppliers to utilize

11   the NAPA logo, yes.

12         Q.     When you say suppliers, I just want

13   to make sure we are talking about the same thing.

14               You mean like sign suppliers?

15         A.     I'm not sure about that, to be

16   honest with you.   The products that are sold

17   through Distribution Centers -- I have knowledge of

18   that.   But I'm not positive about whether a sign

19   manufacturer -- how that works exactly.

20         Q.     Okay.   NAPA maintains records of the

21   six thousand or so NAPA branded stores in the

22   United States, do they not?

23               MR. COLLIER: Object to the form.

24         A.     Genuine Parts Company maintains

25   records as our remaining member of those stores and

Page 63

1    where they are located at and who they are served

2    by.   We can have access to those -- that

3    information.

4              Q.    Okay.  And, as far as you know,

5    that's the same setup if we are talking about the

6    '60s or '70s as well; is that right?

7              A.    Yeah.  The only difference in the

8    '60s and '70s is there would have been other member

9    companies.  And they would have kept track of the

10   stores they serviced and -- you know.

11             Q.    But for a jurisdiction or a region

12   like Arkansas -- where Genuine Parts Company was

13   the member company for NAPA in that area -- that

14   information -- at least to your contention -- would

15   have to come from Genuine Parts Company; is that

16   correct?

17             A.    That's right, because Genuine Parts

18   Company is the distributor and the store is the

19   customer.  So they have the relationship.

20             Q.    Who owns NAPA?

21             MR. COLLIER: Object to the form.

22             Q.    Are there a series of stockholders,

23   is it one person, is it a company?

24             A.    Nobody owns NAPA.  It's an

25   association.

Page 64

```
 1          Q.    As a legally formed entity, there
 2     are no stockholders or ownership rights of NAPA?
 3          A.    Not that I'm aware of.
 4          Q.    Okay.  Give me a second.
 5                (Pause)
 6                MR. BRALY:  Tom, do you have
 7     questions?
 8                MR. RADCLIFFE:  I do not.
 9                MR. BRALY:  Can we take a break for
10     five minutes and let me go over a couple of things.
11                I was going to use Tom's time to do
12     that.  I might be close to being finished.
13                VIDEOGRAPHER:  Off the record at
14     11:20.
15
16                     (SHORT RECESS)
17
18                VIDEOGRAPHER:  Back on the record.
19     11:28.
20          Q.    (BY MR. BRALY) Mr. Spencer, I wanted
21     to ask you again about this affidavit that you
22     authored, I guess, a couple of years ago.  It's
23     Exhibit Number 5.
24                In it you make the statement -- I
25     asked you about this earlier.  "NAPA does not
```

Page 65

1    receive any direct financial payment from the sale
2    of any particular automotive part."
3                   NAPA does receive financial payment
4    as a percentage of the overall receipts that GPC
5    receives or that the member companies wish to turn
6    in; fair?
7                   MR. COLLIER: Object to the form.
8         A.    Well, if I understand the document,
9    it says direct -- receive any direct financial
10   payment.  So I would interpret that as no, we don't
11   receive direct financial payment.
12        Q.    Right.
13                   Just to kind of drill down on the
14   phrase and how this works.
15                   If GPC sells a lot of stuff, it
16   makes a lot of profit.  NAPA would be the
17   beneficiary of that through the percentage payment
18   that they get from GPC, correct?
19                   MR. COLLIER: Object to the form.
20        A.    If it sells a lot of stuff we would
21   receive some benefit because the more that is sold,
22   potentially, the greater the ad allowance would be.
23        Q.    Not potentially; it would be
24   greater, correct?
25                   MR. COLLIER: Object to the form.

Page 66

```
 1        A.      Well, I have to say potentially
 2   because that percentage could go up or down of what
 3   the amount is.  It's not necessarily always the
 4   same.
 5        Q.      What is the current ad percentage
 6   from GPC?
 7                MR. COLLIER: Object to the form.
 8        A.      Are you talking about from stores?
 9        Q.      No.  From GPC directly to NAPA.
10                MR. COLLIER: Object to the form.
11        A.      There is no GPC directly.  There is
12   member dues.
13        Q.      Well, then, tell me about the member
14   dues.
15        A.      The member dues is five hundred
16   thousand.
17        Q.      Okay.  So each -- if I drive by and
18   I see a NAPA store in my neighborhood, that store
19   is contributing five hundred thousand?
20                MR. COLLIER: Object to the form.
21        Q.      Do you want to illustrate this for
22   me a little bit.
23        A.      Sure.
24                A store buys product from a NAPA --
25   from a Genuine Parts Company Distribution Center.
```

Page 67

1    They have -- they have the ability -- and most

2    do -- pay into the Distribution Center a percentage

3    of the prior year purchases into GPC for

4    advertising.  We view it as national advertising.

5                   That amount can change, but it's a

6    percentage of the prior year purchases.

7         Q.    So where did this five hundred

8    thousand number come from?

9                   What is that?

10        A.    That's member dues.  So member

11   dues -- we have to reflect back when we had a lot

12   of members.  Each -- the cost of NAPA -- a big part

13   of it -- was assessed -- because NAPA has no

14   revenue, really.

15                  So the money that we had to run NAPA

16   came from member dues.  So we assessed members some

17   money each year to run NAPA.

18        Q.    You are saying that's currently five

19   hundred thousand?

20        A.    Right.

21        Q.    That's the number that GPC pays to

22   NAPA?

23        A.    Yes.

24        Q.    Where do the rest of the millions of

25   the dollars come from for all the rest of the

Page 68

1    marketing?

2           A.      The two revenue streams --

3                   MR. COLLIER: Object to the form.

4           A.      The two revenue streams I spoke of

5    before, primarily.

6           Q.      Right.

7                   And one of those were stores

8    contributing to a marketing fund at the local DCs,

9    right?

10          A.      Yes.

11          Q.      The other one, I took it to mean,

12   was a percentage of the overall sales that Genuine

13   Parts does?

14          A.      This comes from suppliers.  So

15   suppliers, one stream; stores, one stream.

16          Q.      Right.  So if suppliers are selling

17   more product through the Genuine Parts affiliated

18   distribution network, that benefits NAPA

19   financially, correct?

20          A.      Yes.

21          Q.      Okay.  So movement of sales in that

22   chain of distribution has a financial impact on

23   what NAPA is able to do with the money they have;

24   is that correct?

25                  MR. COLLIER: Object to the form.

Page 69

1          A.      Yes.

2                       MR. BRALY:  I'm going to pass the

3      witness at this time.

4                       MR. COLLIER:  Nothing further.

5                       Let's go off the record for just a

6      minute.  Now I want to take a five-minute break.

7                       VIDEOGRAPHER:  Off the record at

8      11:32.

9

10                      (SHORT RECESS)

11

12                      VIDEOGRAPHER:  Just a second,

13     please.

14                      Back on the record at 11:36.

15                      MR. COLLIER:  This is Chris Collier

16     on behalf of National Automotive Parts Association.

17     And I don't have any questions at this point in

18     time.

19                      We can go off the record.

20                      VIDEOGRAPHER:  End of video two.

21     11:36 AM.

22

23                      (Signature reserved)

24

25

```
 1                 REPORTER DISCLOSURES
 2            The following representations and
 3    disclosures are made in compliance with Georgia
 4    Law, more specifically:
 5            Article 10(B) of the Rules and
 6    Regulations of the Board of Court Reporting
 7    (disclosure forms)
 8            OCGA section 9-11-28(c) (disqualification
 9    of reporter for financial interest)
10            OCGA sections 15-14-37 (a) and (b)
11    (prohibitions against contracts except on case-by-
12    case basis)
13            I am a certified court reporter in the
14    State of Georgia.
15            I am a subcontractor for Veritext -
16    Atlanta.  I have been assigned to make a complete
17    and accurate record of these proceedings.
18            I have no relationship of interest in the
19    matter on which I am about to report which would
20    disqualify me from making a verbatim record or
21    maintaining my obligation of impartiality in
22    compliance with the Code of Professional Ethics.
23            I have no direct contract with any party
24    in this action and my compensation is determined
25    solely by the terms of my subcontract agreement.
```

Page 71

1                    FIRM DISCLOSURES

2                  Veritext – Atlanta was contacted to

3    provide reporting services by the noticing or

4    taking attorney in this matter.

5                  There is no agreement in place that is

6    prohibited by OCGA 15-14-37 (a) and (b). Any case-

7    specific discounts are automatically applied to all

8    parties, at such time as any party receives a

9    discount.

10                 Transcripts:  The transcript of this

11   proceeding as produced will be a true, correct, and

12   complete record of the colloquies, questions and

13   answers as submitted by the certified court

14   reporter.

15                 Exhibits:  No changes will be made to the

16   exhibits as submitted by the reporter, attorneys or

17   witnesses.

18                 Password-Protected Access: Transcripts

19   and exhibits relating to this proceeding will be

20   uploaded to a password-protected repository, to

21   which all ordering parties will have access.

22

23

24

25

Page 72

CERTIFICATE

1

2        I hereby certify that the above and

3   foregoing deposition was taken down, as stated in

4   the caption, and the colloquies, the questions and

5   answers thereto were transcribed by means of

6   computer-aided transcription, that the transcript

7   is a true and correct record of the evidence given

8   upon said proceeding me.

9        I have no relationship of interest in

10  this matter which would disqualify me from

11  maintaining my obligation of impartiality in

12  compliance with the Code of Professional Ethics.

13       I have no direct contract with any party

14  in this action and my compensation is based solely

15  on the terms of my subcontractor agreement.

16       Nothing in the arrangements made for this

17  proceeding impacts my absolute commitment to serve

18  all parties as an impartial officer of the court.

19

20       DAVID L. MILLER, LCR, CCR, RPR, RMR

21

22

23

24  Alabama License #347

25  Georgia License #6322-0018-0740-9152

Page 73

```
 1                    ERRATA SHEET
              Priority-One Court Reporting/Veritext
 2                    718-983-1234
         ASSIGNMENT NO. P1-2968250
 3       CASE NAME: Thomas, Ronald v. Asbestos/NAPA
         DATE OF DEPOSITION: 8/2/2018
 4       WITNESS' NAME: Gaylord Spencer - NAPA
 5

         PAGE/LINE(S)/    CHANGE          REASON
 6       ____/_____/_____/_____
         ____/_____/_____/_____
 7       ____/_____/_____/_____
         ____/_____/_____/_____
 8       ____/_____/_____/_____
         ____/_____/_____/_____
 9       ____/_____/_____/_____
         ____/_____/_____/_____
10       ____/_____/_____/_____
         ____/_____/_____/_____
11       ____/_____/_____/_____
         ____/_____/_____/_____
12       ____/_____/_____/_____
         ____/_____/_____/_____
13       ____/_____/_____/_____
         ____/_____/_____/_____
14       ____/_____/_____/_____
         ____/_____/_____/_____
15       ____/_____/_____/_____
         ____/_____/_____/_____
16       ____/_____/_____/_____
         ____/_____/_____/_____
17       ____/_____/_____/_____
         ____/_____/_____/_____
18       ____/_____/_____/_____
         ____/_____/_____/_____
19       ____/_____/_____/_____
20       _____
                 Gaylord Spencer - NAPA
21       (Notary not required in California)
         SUBSCRIBED AND SWORN TO
22       BEFORE ME THIS_____DAY
         OF_____, 2018.
23
         _____
24           NOTARY PUBLIC
25       MY COMMISSION EXPIRES_____
```

```
                                                    Page 74
 1                    Veritext Legal Solutions
                  290 W. Mt. Pleasant Ave. - Suite 3200
 2                   Livingston, New Jersey 07039
              Toll Free: 800-227-8440  Fax: 973-629-1287
 3
 4    August 6, 2018
 5    To: J. Dennis Chambers, Esq.
 6    Case Name: Thomas, Ronald v. Asbestos/NAPA
 7    Veritext Reference Number: 2968250
 8    Witness:  Gaylord Spencer - NAPA
 9    Deposition Date:  8/2/2018
10
      Dear Sir/Madam:
11
      Enclosed please find a deposition transcript.  Please have the witness
12    review the transcript and note any changes or corrections on the
      included errata sheet, indicating the page, line number, change, and
13    the reason for the change.  Have the witness' signature at the bottom
      of the sheet notarized except in California where they are signing
14    under penalty of perjury and forward the errata sheet back to us at
      the address shown above.
15
16
      If the jurat is not returned within thirty days of your receipt of
17    this letter, the reading and signing will be deemed waived.
18
19
20    Sincerely,
21
22    Production Department
23
24    Encl.
25    Cc:   All Counsel
```

| & | | |
|---|---|---|

**&**   3:4,12 4:4,21
  5:5,10,12 16:24
  57:7,14,19

| 0 |
|---|

**00522**   1:6
**07039**   74:2

| 1 |
|---|

**1**   2:13 8:7,12
**10**   70:5
**1075**   5:18
**10:02**   6:15
**10:03**   1:19 6:7
**10:55**   51:15
**11:03**   51:24
**11:20**   64:14
**11:28**   64:19
**11:32**   69:8
**11:36**   69:14,21
**1400**   4:16
**15-14-37**   70:10
  71:6
**1710**   5:7
**19**   2:15
**1925**   15:1
**1928**   15:23,24,25
**1929**   15:21
**1960**   17:14
**1970s**   21:16 27:11
  27:15,22 44:22
  55:17 60:14
**1977**   47:21,22 48:2
**1979**   22:2
**1980**   17:14
**1990**   17:10 47:6,22
  50:18 52:2 57:1

| 2 |
|---|

**2**   1:18 2:14 6:7
  8:17,21

**200**   1:21 3:15 6:5
  6:17
**2018**   1:18 6:7,15
  73:22 74:4
**21201**   4:17
**22**   2:16
**2300**   3:16
**24**   2:17
**290**   74:1
**2968250**   1:25 74:7
**2nd**   6:15

| 3 |
|---|

**3**   2:15 19:10,14
**30**   1:17 2:13 6:21
  51:21
**300**   3:7
**302**   3:6
**303**   4:23
**30308-3243**   4:25
**30309**   5:20
**31**   2:18
**3200**   74:1
**3400**   3:23
**347**   72:24
**36**   4:15
**3625**   5:19
**39**   2:19

| 4 |
|---|

**4**   2:16 22:8,10
**4000**   4:24
**42**   2:20
**425**   3:24
**4514**   4:7
**4:17**   1:6

| 5 |
|---|

**5**   2:17 24:10,19
  64:23
**500**   4:8
**501**   35:14

| 6 |
|---|

**6**   1:17 2:13,18
  6:21 30:23,25
  31:2 51:21 74:4
**60s**   63:6,8
**6322-0018-0740...**
  72:25

| 7 |
|---|

**7**   2:4,19 39:23,25
**70**   2:5
**70s**   63:6,8
**718-983-1234**   73:2
**72**   2:6
**72201**   3:17,25
**75202**   3:8
**75205**   4:9
**75505**   5:8

| 8 |
|---|

**8**   2:13,14,20 42:2
**8.b**   5:23
**8/2/2018**   73:3 74:9
**800-227-8440**   74:2
**80s**   60:14
**81**   49:21
**85**   50:8 51:7
**86**   50:9,9
**89**   50:16

| 9 |
|---|

**9-11-28**   70:8
**973-629-1287**   74:2

| a |
|---|

**a.m.**   1:19 6:7
**abex**   4:12
**ability**   67:1
**able**   29:2 32:10
  68:23
**absolute**   72:17
**absolutely**   51:13

**access**   28:14,25
  32:2,14,20 63:2
  71:18,21
**accurate**   20:20
  70:17
**acquiring**   44:6
**acting**   6:2
**action**   1:5 70:24
  72:14
**actual**   43:10
**ad**   37:9,20,24
  38:16,19 65:22
  66:5
**add**   44:5
**addition**   33:21
**address**   21:20
  74:14
**advertising**   36:1
  39:5 50:4,5,13
  53:14 54:4 55:12
  56:14 67:4,4
**affidavit**   2:17
  64:21
**affidavits**   23:25
**affiliated**   49:14
  68:17
**affiliation**   12:13
**ago**   41:8 62:6
  64:22
**agreement**   70:25
  71:5 72:15
**aided**   72:6
**al**   1:11 6:19
**alabama**   72:24
**allowance**   37:20
  37:24 38:17,19
  65:22
**alston**   5:12
**amount**   35:24
  36:15 39:4,10
  66:3 67:5

amy  18:19
ann  45:7,10
annual  22:3
answer  22:21
  24:22 33:5
answered  26:7
answering  28:20
answers  71:13
  72:5
application  45:19
applied  71:7
applying  45:21
appropriate  48:22
approximate  11:7
approximately  6:7
  9:24 11:6
area  16:12,14,17
  16:21 57:13,15,22
  58:24 63:13
areas  16:25
arizona  23:1
arkansas  1:2 3:17
  3:25 14:12 21:15
  26:2 27:2,21
  44:21 63:12
army  53:3
arrangements
  72:16
article  5:23 70:5
asbestos  9:21
  10:14 25:13,15
  26:2,5 59:9 73:3
  74:6
aside  42:5
asked  14:9 21:13
  26:7 41:5 64:25
askey  12:1
asking  35:4,6
aspects  38:9
assessed  67:13,16

assigned  70:16
assignment  73:2
associated  10:25
  14:10 31:11 36:25
  37:4 59:8
association  7:22
  10:18 12:17,18
  13:2 15:17,22
  16:2,7 28:2,11,11
  28:12 29:4 63:25
  69:16
association's
  24:15
atchley  5:5
atlanta  1:20,22
  4:25 5:20 6:5,6,18
  19:1 70:16 71:2
atlantic  16:14
  57:13
attached  8:12,21
  19:14 22:10 24:19
  30:25 39:25 42:2
attend  47:13
attorney  71:4
attorneys  7:21
  13:1 71:16
august  1:18 6:7,14
  74:4
authored  23:25
  64:22
auto  16:6 28:13,24
  33:15 48:4 49:4
  49:23 56:10 59:20
automatically
  71:7
automotive  7:22
  10:17 12:17 13:2
  15:4,22 16:2,7
  24:14 25:7 37:7
  50:8 65:2 69:16

ave  74:1
avenue  3:15,24 4:7
aware  14:20 27:23
  34:8,12 39:17,20
  39:21 40:8,11
  41:17,21 64:3
awareness  36:25
  56:15
awesome  19:18
awhile  48:18

**b**

b  1:17 2:13 6:21
  51:21 70:5,10
  71:6
back  13:21 14:21
  15:3 37:10,21,21
  37:22,22,25 38:3
  38:25 39:2 40:12
  51:23 64:18 67:11
  69:14 74:14
background  53:8
backwards  33:3
baltimore  4:17
banded  15:9
barber  3:20
base  36:5
based  16:5 54:1
  72:14
basic  62:7
basically  15:2,14
  23:18 58:22,23
basis  70:12
becoming  49:17
began  47:6
beginning  20:14
  51:21
behalf  69:16
believe  15:21 43:3
  47:7 57:5
ben  3:5 6:24 7:15
  28:23 29:11

beneficiary  65:17
benefit  36:2 38:24
  65:21
benefits  68:18
better  15:10 55:13
  60:7
beutler  18:20
beyond  16:17
big  61:23 67:12
bigger  50:14
biographies  22:15
bird  5:12
bit  25:11 33:7
  43:20 47:5,11
  50:14 53:6 66:22
blue  27:7 61:24
board  5:24 12:5
  12:10,19 70:6
boards  54:11
borg  1:11 6:19
bottom  74:13
bought  50:7
brake  26:3
brakes  25:14,15
braly  2:4 3:5 6:24
  6:24 7:13,15 9:2
  9:12,15 24:8,9,23
  24:25 35:5,9
  42:15,19,22 43:5
  51:13,25 64:6,9,20
  69:2
brand  23:24 36:3
  55:13
branded  25:12
  26:1,9 29:1 32:15
  32:19 34:9 35:25
  38:1 39:1 45:17
  54:10,12,18,22,25
  55:5,22 58:14
  60:11 62:21

branham  3:4
break  64:9 69:6
breakdown  61:1
brewer  45:7
brewer's  45:11
britten  57:8,19
broader  20:4
brothers  57:8,20
brown  5:17 6:13
bsm  1:6
burlie  1:8
business  15:5
  26:18 32:7 49:3
  53:4
butler  50:23
buy  44:17 55:4
  56:11
buyer  48:17,17,25
  49:18
buying  62:3
buys  66:24
byron's  13:20

c

c  3:1 4:1 5:1 22:25
  35:14 70:8 72:1,1
california  73:21
  74:13
call  3:14,22 4:6
  5:11,13 30:3
  33:15 37:20 43:9
  48:16 50:16
called  8:9 24:16
  28:8,9 46:21 48:3
  50:8
campaign  37:9
capacity  35:4,6
capitol  3:15,24
caption  72:4
car  40:24 42:9,9
  43:2 56:17

career  52:19,22
  57:20
careers  20:18
  22:12 45:19
carry  27:7
carrying  27:20
casas  23:3
case  24:15 25:22
  34:7 50:12 60:20
  70:11,12 71:6
  73:3 74:6
cases  10:4,6,7,12
catchy  36:23
  56:18
cause  6:8
cautionary  59:4
cc  74:25
ccr  1:24 72:20
cedarville  47:16
  47:16 48:2
center  17:2 21:15
  21:19,21 26:12
  27:17 29:1,2,14,14
  29:18,19,20 30:1,2
  30:6 32:6 33:9,16
  34:5 43:18,21,22
  44:1,2,3,13,18,21
  45:4,17,20 46:15
  52:5 58:4,10,11,23
  60:18,24 66:25
  67:2
centers  16:20 18:2
  18:6,7,9 20:9,16
  21:11 25:12,20,21
  26:1,9,18,22 27:20
  28:1 32:15,21,24
  32:24 33:22 39:1
  46:20,21,22,24
  53:5 58:2,8,15
  60:10,11 62:17

certificate  2:6
certified  70:13
  71:13
certify  6:2 72:2
cetera  36:10
chain  46:6,15
  59:12 68:22
chairman  11:8
  12:2
chambers  5:6 74:5
chance  14:13
change  67:5 73:5
  74:12,13
changes  71:15
  74:12
characterize  20:13
charles  4:15
chase  40:5,24
check  30:12 32:2
chris  69:15
christopher  4:22
circuit  40:5,25
  43:13
circuits  39:12
city  16:6,23 31:13
  57:6,12 58:10,15
civil  1:5 6:3
claim  20:25 24:1
classify  37:19
clear  57:21
close  64:12
clutches  25:14,15
code  35:15 70:22
  72:12
coey  13:19 45:9
coffee  48:10
cole  4:7
collecting  44:6
college  47:13,16
collier  4:22 8:25
  9:4,14 11:23 12:6

12:15 13:24 14:15
  16:9,18 17:5,8,15
  18:4 19:11,25
  20:3,17 21:1,8,25
  22:19 23:9,20
  24:6,12,21 25:17
  26:6,24 27:4,12
  28:6,16 29:7,22
  30:15 31:5,18
  32:5,16,22 33:12
  33:19,24 35:3
  37:2,12 38:15
  39:6,18 40:21
  41:3,18 42:11,17
  42:20,24 43:6,15
  43:25 44:10,23
  45:2,23 46:8 47:1
  52:16 54:2,15,21
  55:6,18 56:4 58:5
  58:17 59:10,16,23
  60:12 61:14,21
  62:9,23 63:21
  65:7,19,25 66:7,10
  66:20 68:3,25
  69:4,15,15
colloquies  71:12
  72:4
columbus  50:12
column  31:10
come  14:21 35:19
  35:22 54:22 63:15
  67:8,25
comes  35:21 37:9
  37:21 42:16 59:21
  68:14
coming  30:18
commencing  6:6
commercials
  56:19
commission  73:25

**commissioner** 6:2
**commitment**
  72:17
**companies** 16:19
  17:17 22:2 25:19
  28:19 32:14,17
  53:4 54:1 57:2
  58:7 59:1,7 63:9
  65:5
**company** 3:11
  10:21 12:5,11,14
  12:16,23 13:10
  15:18,21 17:20,24
  18:5,8 21:9,22,24
  23:7,14,17,19,23
  25:23 26:21 27:1
  33:23,25 34:10
  36:13 37:22 38:4
  38:4 45:4,6,22
  46:1,2 48:3 50:2,3
  50:7,8 56:23 57:3
  58:19 59:6 61:8
  61:17 62:24 63:12
  63:13,15,18,23
  66:25
**compelled** 50:24
**compensation**
  10:23 12:23 70:24
  72:14
**competing** 58:14
  59:1
**complete** 70:16
  71:12
**completely** 20:20
  48:21
**compliance** 70:3
  70:22 72:12
**component** 56:3
**computer** 72:6
**concern** 10:3

**concludes** 9:11
**conference** 3:14
  3:22 4:6 5:11,13
**connotation** 20:5
**consolidate** 44:15
**consumers** 37:5
**contact** 29:3,13,18
**contacted** 71:2
**containing** 25:13
  25:15 26:3,5
**contention** 46:18
  63:14
**contents** 12:25
**context** 9:21 10:13
**continental** 15:8
**continue** 49:25
**contract** 70:23
  72:13
**contracts** 70:11
**contribute** 36:1
**contributing**
  66:19 68:8
**conversationally**
  11:16
**conversations**
  13:1
**coogan** 24:16
**cooperative** 28:4
**copy** 19:11
**corporate** 7:23
  9:19 10:17 11:2
  47:3 48:17
**corporation** 15:1
  35:10 46:23 54:20
**correct** 10:18,25
  11:1 14:6 15:18
  15:22 16:2,4,8,10
  16:14,15 17:22,23
  18:3 20:9 25:16
  26:5,12,13,14 27:8
  27:11 28:15 29:8

  29:9 30:10 32:15
  33:6,18,20,23
  35:11,12 36:18
  38:2,5,7,10 39:5
  39:17 40:6,7,10
  47:8 52:12,13,15
  54:14 55:2,9
  56:21,22 57:18,24
  58:4 59:3,13,15,22
  59:25 60:4 61:13
  61:20 63:16 65:18
  65:24 68:19,24
  71:11 72:7
**corrections** 74:12
**correctly** 52:24
**cost** 40:18 43:14
  67:12
**costs** 31:11
**council** 5:24
**counsel** 6:22 74:25
**country** 16:21,24
  17:1 22:16
**county** 24:16
**couple** 9:1 14:3
  18:22 41:7 42:21
  42:23 48:15,24
  50:11 52:3 64:10
  64:22
**course** 48:20
**court** 1:1,24 5:24
  7:2,4,6 70:6,13
  71:13 72:18 73:1
**covered** 16:11
**create** 55:3
**cup** 40:4,20
**current** 66:5
**currently** 15:16
  18:1 60:13,16
  67:18
**customer** 63:19

**cut** 49:17
**cv** 1:6

**d**

**d** 2:1 3:5
**dallas** 3:8 4:9
  28:24 29:11 30:13
  31:14 32:6 34:4
**dan** 12:1
**date** 6:3,14 73:3
  74:9
**david** 1:24 6:1 7:3
  72:20
**davis** 16:24 57:7
  57:14,19
**day** 15:25 73:22
**days** 74:16
**dc** 22:4 23:14 38:1
**dcs** 37:21 68:8
**deal** 50:15 60:6
  61:17
**dealing** 30:20 31:3
  39:16 53:3
**dean** 3:4
**dear** 74:10
**decades** 40:12
**declaration** 24:13
**deemed** 74:17
**default** 23:16
**defendant** 1:12
  3:11,19 4:3,12,20
**defendants** 5:4
**definitely** 61:7
**degree** 47:18 49:2
  50:23 51:6
**dehay** 4:13
**delaware** 16:13
**dennis** 5:6 74:5
**department** 54:17
  74:22
**depends** 39:7

**depo** 2:13
**deposition** 1:16
2:14 6:16 7:24
8:10,18 9:10,16,18
9:25 13:4,23 14:9
20:14 21:13 34:15
34:18 41:20 42:13
45:8,11,13 72:3
73:3 74:9,11
**depositions** 13:5,8
13:9,18
**describe** 14:23
16:20 54:3
**described** 33:4
**design** 62:6
**designated** 7:21
**detail** 61:4
**determine** 39:8
**determined** 70:24
**devoted** 22:14
**difference** 63:7
**different** 44:14
**direct** 25:6 65:1,9
65:9,11 70:23
72:13
**directly** 12:23
23:6 66:9,11
**director** 53:18
**disagreement**
34:25
**disclosure** 2:5
5:22 70:7
**disclosures** 70:1,3
71:1
**discount** 71:9
**discounts** 71:7
**discuss** 29:6 35:1
**display** 29:12
35:23
**dispute** 46:4

**disqualification**
70:8
**disqualify** 70:20
72:10
**distribute** 14:8
17:1 20:15 58:24
**distributed** 25:13
25:23 26:2
**distributes** 44:3
**distribution** 16:20
17:2 18:2,6,7,9
20:9,16 21:11,14
21:18,20 22:2
25:12,20,21 26:1,9
26:12,17,21 27:17
27:20 28:1,14
29:1,2,13,14,18,19
29:20 30:1,2,6
32:2,6,15,21,24,24
33:9,15,21 34:5
39:1 43:18,21,22
44:1,2,3,13,17,21
45:4,17,20 46:6,13
46:14,19,21,22,23
52:5 53:5 58:1,3,8
58:10,11,14,23
59:12 60:10,11,18
60:24 62:17 66:25
67:2 68:18,22
**distributor** 63:18
**distributors** 15:9
15:15
**district** 1:1,2
**dividing** 53:24
**division** 1:3
**document** 8:8,11
8:14,20 19:13
22:9 24:18 30:24
39:24 42:1 65:8
**documents** 14:10
14:11,14,16,17,18

14:19 34:13 60:6
60:9
**doing** 8:9 10:9
51:2
**dollars** 30:14
31:16 41:15 43:17
67:25
**donahue** 12:2
**door** 27:1 60:25
61:2
**drill** 65:13
**drive** 66:17
**driven** 46:1
**driver** 40:5 41:7
**dues** 66:12,14,15
67:10,11,16
**duly** 7:10

### e

**e** 2:1 3:1,1 4:1,1
5:1,1 22:25,25
72:1,1
**earlier** 57:12
64:25
**early** 57:20
**easier** 15:10
**eastern** 1:2
**effect** 24:2
**eight** 31:22 43:16
53:21
**either** 12:3 34:21
**elliott** 40:5
**elliott's** 40:24
**elliston** 4:13
**emily** 18:20
**employee** 10:20
21:3
**employees** 18:10
19:18 23:10,17
30:8,8 61:6
**encl** 74:24

**enclosed** 74:11
**encourage** 55:4,21
**endeavored** 59:4
**ended** 50:7
**entirely** 22:13
**entity** 26:18 64:1
**erika** 23:3
**errata** 73:1 74:12
74:14
**esq** 3:5,13,21 4:5
4:14,22 5:6,11,13
74:5
**establish** 30:21
**established** 41:12
**establishes** 8:8
**estimate** 32:12
**et** 1:11 6:19 36:10
**ethics** 70:22 72:12
**events** 59:19
**eventually** 48:13
50:2 53:20
**everybody** 6:25
55:13
**evidence** 72:7
**exact** 21:19
**exactly** 62:19
**examination** 2:3
6:9 7:13
**examined** 7:10
**example** 16:6 32:7
34:4 40:3 58:16
**exclusively** 33:22
**exhibit** 2:13,14,15
2:16,17,18,19,20
8:7,12,17,21 19:10
19:14 22:8,10
24:10,19 30:23,25
31:2 39:23,25
42:2 64:23
**exhibits** 2:11,12
71:15,16,19

exist  14:17
existing  29:13
experience  34:23
  47:23
expires  73:25
explain  37:13
explained  11:14
extend  16:17
extols  54:12

**f**

f  72:1
facility  20:6
fair  26:23 28:4
  33:11 36:16 37:1
  39:10 43:24 46:7
  46:12,16 53:22
  54:24 55:7 56:2
  56:24 59:9 65:6
falls  36:6
familiar  19:3 24:4
  31:8
family  6:25 7:16
far  10:4 26:22
  53:24 56:18 57:24
  63:4
farmers  2:20 41:9
  41:13
fast  15:13
fax  74:2
featured  23:1
federal  6:3
feel  50:23 55:13
  56:6
festey  18:20
fifty  18:9 30:14
  31:16,22,23 43:17
  48:4
filled  45:19
financial  25:6 65:1
  65:3,9,11 68:22
  70:9

financially  68:19
find  44:25 74:11
fine  6:25 9:13
  38:18 39:22 42:19
finished  64:12
firm  3:20 71:1
first  7:10 9:6
  37:16
five  51:12 57:5
  64:10 66:15,19
  67:7,18 69:6
fixtures  32:11
follow  48:24
following  6:9 70:2
follows  7:11
ford  3:11
foregoing  72:3
form  9:5 11:23
  12:6,15 13:24
  14:15 15:9 16:9
  16:18 17:5,15
  18:4 19:25 20:3
  20:17 21:1,8,25
  22:19 23:9,20
  24:6 25:17 26:6
  26:24 27:4,12
  28:6,16 29:7,22
  30:15 31:18 32:5
  32:16,22 33:12,19
  33:24 35:3 36:5
  37:2,12 38:15
  39:6,18 40:21
  41:3,19 42:11
  43:25 44:10,23
  45:2,23 46:8 47:1
  52:16 54:2,15,21
  55:6,18 56:4 58:5
  58:17 59:10,16,23
  60:12 61:14,21
  62:9,23 63:21
  65:7,19,25 66:7,10

66:20 68:3,25
formed  15:1,3
  64:1
forms  70:7
forward  15:13
  74:14
found  19:17
four  10:1,2 35:20
  43:7
fourteen  41:1,2
fragmented  15:5
frame  17:9
franchise  28:3
free  74:2
fresno  23:13,13
front  23:18,21
  52:11
function  61:17
fund  68:8
funding  37:8 42:8
  59:19,21
funds  38:9
further  69:4

**g**

gail  3:21
gaines  3:21
gap  16:25
gasket  26:3
gaylord  1:17 2:17
  6:7 7:9,18 18:18
  24:13 73:4,20
  74:8
general  53:6
generalist  23:13
generally  24:5
generating  31:11
genuine  5:4 10:21
  12:5,11,14,23
  13:10 15:17,20
  17:20,24 18:8
  21:9,21,24 22:3

23:7,13,17,19,22
  25:23 26:21 27:1
  30:8 33:23,25
  34:10 36:13 37:10
  38:1,4 39:2 45:3,6
  45:22,25 46:2,23
  54:19 56:23 57:3
  57:5,23 58:9,15,19
  59:6 60:21 61:7
  61:17 62:3,24
  63:12,15,17 66:25
  68:12,17
geographic  16:17
  58:13
geographically
  21:14 57:9
georgia  1:22 4:25
  5:20,25 6:6,18
  70:3,14 72:25
getting  29:25
  41:19 50:7 58:18
giant  61:24
give  17:6 64:4
given  8:16 9:16,18
  9:25 27:25 72:7
go  17:18 48:25
  54:10 56:11 64:10
  66:2 69:5,19
goes  31:12 37:25
  38:3,6,25 39:1,2
  61:2
going  8:6,23 10:10
  25:4 35:13 40:12
  41:18 42:4 57:4
  58:24 64:11 69:2
good  7:15
gpc  23:10 29:20
  32:24 33:9 34:4
  44:12 53:24 59:22
  60:3 65:4,15,18
  66:6,9,11 67:3,21

gradual 53:12
graduate 47:18
graduated 48:2
great 61:23
greater 65:22,24
group 15:8
guaranty 48:4
  49:4,23
guerriere 4:5
guess 9:7 39:7
  55:10 64:22
guy 56:6

**h**

half 43:3,4,7
hand 7:7 8:6 19:8
  30:22 41:23
handle 52:10
hangs 26:15
happen 29:10
  35:13
happened 29:17
hard 42:25 51:2
hate 38:12
hates 11:18
hawaii 57:6,9,10
hawkins 4:4,21
hawley 13:12
hazards 59:8
head 11:12 24:3
  50:3
headquarters
  48:17
hear 37:11
heard 28:8,9
hearing 30:9
help 53:5
hennessey 4:3
herd 18:21
hewitt 5:10,11
hey 33:16 58:22

hire 52:20
hired 52:25
historically 17:4
history 16:22 47:3
  52:1,1
hlavinka 5:5
honest 62:16
honeywell 3:19
hr 20:19 23:12
huh 11:12,15
hundred 30:13,13
  31:15,16,22,23,24
  43:16 50:14 66:15
  66:19 67:7,19

**i**

idea 10:5
identified 34:10
identify 24:10
identity 14:11
illustrate 66:21
impact 68:22
impacts 72:17
impartial 72:18
impartiality 70:21
  72:11
include 54:5 60:2
included 74:12
including 14:10
  20:7 25:13 26:1
  61:12
incorrect 20:12
index 2:11
indiana 48:5 49:10
  49:10,12
indianapolis 48:3
  49:5,8
indicating 74:12
individual 8:4
  22:25 41:8
individually 44:9

individuals 12:4
  13:13 18:25 22:16
  23:6 33:11 45:14
industries 4:3
indy 39:13 42:9
  43:1
information 17:12
  19:16 20:12,20
  21:17 25:1 59:8
  60:17,21,23 61:3,4
  61:9,11 63:3,14
initiative 46:1
insurance 41:9,13
interest 70:9,18
  72:9
international 3:19
interpret 65:10
interrupting 48:21
interstate 1:21 6:5
  6:17
introduce 7:17
inventory 28:25
  31:12 32:10
investment 31:15
  31:22
involvement 16:16
issues 14:2 62:7
item 25:4

**j**

j 3:13 5:6 74:5
january 50:17
jason 18:20
jennifer 5:13
jennings 3:12
jersey 74:2
jingle 36:20
job 1:25 45:16
  47:2 52:12
jobber 32:20
  33:11,18

jobs 22:14
joele 18:21
judgment 24:15
judicial 5:24
jump 48:22
jumped 34:22
jurat 74:16
jurisdiction 63:11

**k**

kahne 41:9
kasey 41:8
keenan 5:13
keep 25:19 44:15
  45:5 61:8
keeping 14:18
kennedy 13:21
kennedy's 13:23
kept 63:9
kind 10:5 12:4
  13:25 14:4 15:13
  16:13 32:10 33:6
  34:22,25 38:13
  45:14 47:4 52:21
  53:3,12,12,23
  57:13 59:4 60:5,7
  61:1 65:13
knack 50:5
knew 57:4
know 8:19 11:5,10
  11:15 12:3 17:20
  19:6 20:21 21:19
  21:20,23 22:7,24
  23:4,5,8,11,15
  27:13,14,16,17,21
  30:3 34:23 35:7
  35:13,16 36:21
  37:3 40:18 41:6
  41:10 44:19,25
  45:7,12 48:7,8,9
  53:9 56:5 58:21
  63:4,10

**knowledge** 17:17
26:20 59:17,18
62:17

**l**

**l** 6:1 72:20
**label** 52:23
**labeled** 26:21
46:20 52:7
**lacour** 13:12,14
**land** 44:12
**lane** 5:7
**larger** 31:13
**largest** 21:9 57:23
**late** 50:16
**law** 3:20 70:4
**lawsuit** 2:20 41:6
41:12
**lawyer** 11:18
**layouts** 61:12
**lcr** 1:24 72:20
**leadership** 12:4,19
**leaving** 50:11
**legal** 5:16 6:14 8:8
74:1
**legally** 64:1
**leigh** 45:7,10
**letter** 74:17
**level** 56:14 61:3
**levied** 38:20
**liability** 10:11
**license** 72:24,25
**licenses** 62:8,10
**lindsey** 3:12
**line** 14:1 73:5
74:12
**lists** 31:11
**literature** 54:19
55:1
**little** 1:3 3:17,25
21:15,19,21 22:4
25:11 26:2 27:2

27:19 33:7 43:19
44:21 47:5,11
66:22
**livingston** 74:2
**llc** 4:3,12 6:19
**llp** 3:4,12 4:4,13
4:21 5:5,12
**local** 68:8
**located** 63:1
**location** 34:9
43:24
**locations** 31:4
**logo** 26:15 27:14
27:16,20 29:3
35:23 62:8,11
**long** 62:6
**look** 14:14,16
17:18 22:2
**looked** 13:6,20
27:15,16
**looks** 20:19
**lot** 23:22 43:16
65:15,16,20 67:11

**m**

**madam** 74:10
**maintaining** 20:22
21:4,10 70:21
72:11
**maintains** 18:1
39:11 62:20,24
**making** 70:20
**management** 48:6
**manager** 44:19
48:14,15 53:1
**managing** 29:15
**manufacture** 14:5
14:7 46:13 62:8
**manufacturer**
29:24 36:5 62:19
**manufacturers**
15:7 37:19,25

43:23 54:23
**mark** 13:19 18:19
19:9 22:24
**marked** 8:7,11,17
8:20 19:13 22:9
24:9,18 30:22,24
39:24 41:24 42:1
**market** 3:6
**marketing** 26:22
28:18 36:16 38:9
38:13 39:5 53:1
53:13,19,19,21
54:1,3,17 55:12
56:2,5,6,6 59:7,19
61:11 68:1,8
**marking** 39:23
**marriott** 1:20 6:5
**martin** 40:15
**maryland** 4:17
**master's** 50:22
51:6
**materials** 53:5,10
55:3
**matter** 6:18 53:15
70:19 71:4 72:10
**mba** 51:8
**mean** 10:7 17:7
23:22 32:18 38:20
44:13 53:2 58:9
58:18 59:12 61:10
62:1,2,14 68:11
**means** 72:5
**member** 12:16
15:17,21 16:7,19
17:21 21:10 25:19
25:21 28:18 37:22
38:3 53:4 54:1
57:2 58:7 59:1,7
60:20 62:25 63:8
63:13 65:5 66:12
66:13,15 67:10,10

67:16
**members** 15:2,14
16:1,5 17:3,13
60:19 67:12,16
**membership**
14:25 18:5 28:10
**memory** 57:21
**mentioned** 22:5
**merit** 6:1
**method** 14:18
28:13 56:1
**michael** 40:9
**michigan** 15:1
**mid** 16:14 57:13
**mike** 5:17 6:13
**miller** 1:24 6:1 7:3
72:20
**million** 41:1,2,15
43:4,8
**millions** 67:24
**mind** 9:3 22:6
47:12
**minute** 69:6,6
**minutes** 64:10
**moe's** 33:14
**moment** 28:1
**money** 32:10
35:24 36:4 38:25
39:5,10 42:16,17
67:15,17 68:23
**monitor** 6:15
**monthly** 60:18
**moores** 5:7
**morning** 7:15 8:16
56:11
**morse** 1:11 6:19
**motion** 24:15
**motor** 3:11 15:8
57:7
**mouthful** 25:18

**moved**  14:4 46:16
  50:12
**movement**  68:21
**moves**  60:25
**moving**  46:10,10
**mt**  74:1
**multiplicity**  44:7

**n**

**n**  2:1 3:1 4:1 5:1
  5:13
**name**  6:13,20,22
  7:15,18 18:14,16
  18:22 20:7 26:14
  26:18 27:21 28:3
  29:20 33:9 43:10
  55:14 56:15 73:3
  73:4 74:6
**named**  41:8
**names**  18:23
**napa**  1:16 2:15,16
  2:18,19 4:20 5:4
  6:21 7:22 8:3 9:19
  10:8,8,18,25 11:25
  12:1 13:21 14:5,7
  14:10,11,19,24,25
  16:16 17:4,13,21
  18:1,5,6,10 19:18
  20:5,6,9,14,18,25
  21:3,12,24 22:1,5
  22:15,16 23:7,16
  23:18,23 24:1
  25:6,12,19,20,21
  25:22 26:1,9,14,15
  26:17 27:7,14,20
  27:21 28:2,12,14
  28:15,17,25 29:1,3
  29:3,4,12,12,19,20
  29:21 30:4,7,21
  31:4,13,17 32:13
  32:15,17,19,20,25
  32:25 33:8,15,16

33:21,25 34:9
35:10,21,23,25
36:3,14,21 37:1,4
37:6,10,25 38:6,9
38:22 39:1,2,4,11
40:4,23 45:4,16,19
45:20 46:20,21,21
47:4 49:14 50:17
50:17 51:22 52:2
52:5,7,12,17,19,22
53:14,24,24,25
54:10,12,14,16,18
54:22,25,25 55:1,4
55:8,11,13,17,21
55:22 56:13,15,17
56:20,21,25 57:2,6
57:9,25 58:14
59:3,12,13,22,24
60:7,9,11 61:5,5,6
61:11,19,24 62:2,5
62:7,10,11,20,21
63:13,20,24 64:2
64:25 65:3,16
66:9,18,24 67:12
67:13,15,17,22
68:18,23 73:3,4,20
74:6,8
**napa's**  8:18 19:4,9
19:17 21:4 22:7
22:12,14 30:20
31:3 32:21 33:9
33:10 39:15 42:8
43:13 45:17 46:22
55:3 59:11
**napaonline.com**
45:18
**nascar**  39:13 40:3
40:19,25
**nascars**  42:7
**nathalia**  18:21

**national**  7:21
  10:17 12:17 13:2
  15:22 16:1,7
  24:14 36:1 58:3,6
  67:4 69:16
**nationwide**  37:9
**nationwise**  50:8
  50:10
**nationwise's**  50:13
**nature**  14:12
**ne**  4:23 5:18
**nearest**  21:14
  29:14
**neat**  36:20
**necessarily**  8:3
  66:3
**need**  30:12 31:23
  32:9 33:16 37:6
  56:12,17
**neighborhood**
  66:18
**network**  32:2
  33:10,18 58:4
  68:18
**never**  13:14 22:1,5
  28:7,8,9 52:10,14
  59:3,15
**new**  74:2
**nhra**  39:13 43:5
**night**  51:3
**nine**  38:23
**ninety**  38:23
**nodding**  11:12
**nods**  24:3
**nonprofit**  35:10
**normally**  11:14
**north**  1:21 3:6 6:5
  6:17
**northern**  57:13
**northwest**  1:20
  6:5

**notarized**  74:13
**notary**  73:21,24
**note**  74:12
**notice**  2:13 8:10
  14:9 21:13 41:20
  42:13
**noticed**  35:5
**noticing**  71:3
**number**  1:5 8:7,17
  19:10 22:8 24:10
  25:4 30:17,17,23
  31:2 39:23 44:14
  64:23 67:8,21
  74:7,12
**numbers**  43:1

**o**

**object**  11:23 12:6
  12:15 13:24 14:15
  16:9,18 17:5,15
  18:4 19:25 20:3
  20:17 21:1,8,25
  22:19 23:9,20
  24:6 25:17 26:6
  26:24 27:4,12
  28:6,16 29:7,22
  30:15 31:18 32:5
  32:16,22 33:12,19
  33:24 35:3 37:2
  37:12 38:15 39:6
  39:18 40:21 41:3
  41:18 42:11 43:25
  44:10,23 45:2,23
  46:8 47:1 52:16
  54:2,15,21 55:6,18
  56:4 58:5,17
  59:10,16,23 60:12
  61:14,21 62:9,23
  63:21 65:7,19,25
  66:7,10,20 68:3,25
**objection**  9:8,8

**objections** 2:14
8:18 9:5 43:6,15
**obligation** 70:21
72:11
**obviously** 60:20
62:2
**ocga** 70:8,10 71:6
**octagonal** 27:7
61:24
**oe** 15:6
**office** 11:3
**officer** 72:18
**offices** 6:4
**oh** 44:11
**ohio** 47:17 50:13
**okay** 7:2 8:1,6
9:24 10:2,13,16,20
11:13,21 12:22,25
14:3 15:16,24
16:11 17:19 18:10
18:25 19:3 20:8
20:11 22:23,24
23:5 25:10,25
28:22 29:16,17
30:11,19 31:10,19
33:2,14 34:14,17
34:20 35:9,20
36:14 37:8 38:11
39:21 40:2,3 41:5
41:12,23 42:24
44:19 45:10 46:18
48:1 49:1,4 50:19
50:21,25 51:8,10
51:11 53:17 54:5
56:18 62:20 63:4
64:4 66:17 68:21
**old** 13:20
**omar** 3:4
**once** 9:10
**ones** 13:21 18:16

**open** 29:12
**opening** 22:4
**opposed** 23:7
**oral** 6:8
**order** 33:8 41:14
**ordering** 71:21
**orders** 60:24
**organization**
36:15
**organized** 15:11
35:10,15
**oriented** 53:8
**original** 8:13,22
19:15 22:11 24:20
31:1 40:1 42:3
**originate** 54:13
**originates** 56:20
**outlaw** 39:13
43:10
**outlaws** 43:11
**outlet** 20:6 29:13
29:24
**outside** 27:6 41:19
42:12 61:24
**overall** 46:15
57:25 65:4 68:12
**overlap** 58:13,25
**owned** 21:21,23
22:1 25:22,22
33:23 34:11 38:1
**owner** 44:20
**owners** 38:13
**ownership** 64:2
**owns** 33:25 63:20
63:24

**p**

**p** 3:1,1,21 4:1,1,5
5:1,1 22:25
**p.c.** 5:10
**p1-2968250** 73:2

**page** 2:3,12,15,16
2:18,19 20:19
73:5 74:12
**paperwork** 13:6
**parkway** 1:21 6:6
6:17
**parlance** 53:23
**parnell** 4:4,21
**parse** 25:10
**parsons** 34:17
**part** 16:24 25:8
28:17 33:10,17
36:24 37:7 38:8
42:6 52:11 55:8
56:1 62:5 65:2
67:12
**particular** 25:7
65:2
**particularly** 10:3
**parties** 71:8,21
72:18
**partner** 32:9,14,17
**partnering** 31:4
**partners** 14:12
**parts** 5:4 7:22
10:18,21 12:5,11
12:14,17,23 13:2
13:10 15:5,6,9,10
15:14,17,20,22
16:2,7 17:1,20,24
18:8 21:9,21,24
22:3 23:7,13,17,19
23:22 24:14 25:23
25:24 26:21 27:1
28:14,24 29:25
30:8 32:25 33:8
33:15,16,22,23,25
34:3,9,10 36:13
37:10 38:1,4 39:2
43:23 44:3,6,8,14
44:17 45:3,6,22,25

46:2,4,7,10,23
48:8 54:19 56:10
56:23 57:3,6,7,23
58:9,15,19 59:6
60:21 61:7,17
62:3,24 63:12,15
63:17 66:25 68:13
68:17 69:16
**party** 62:1,4 70:23
71:8 72:13
**pass** 69:2
**password** 71:18
71:20
**patrick** 5:11
**paul** 12:2 13:12,14
**pause** 24:24 64:5
**pay** 35:19 36:9
38:20 67:2
**paycheck** 10:23
**paychecks** 23:6
**paying** 40:23
41:14 42:18
**payment** 25:7 65:1
65:3,10,11,17
**pays** 59:24 67:21
**peachtree** 4:23
5:18
**penalty** 74:14
**pending** 24:16
**pennsylvania**
16:13 57:17
**people** 18:22 20:5
20:25 23:15,22,23
35:23 36:25 37:3
37:5 43:22 55:4
55:21 56:10,15
61:9 62:8
**percent** 38:23
**percentage** 36:6
36:12 37:9,16,17
37:20 65:4,17

66:2,5 67:2,6
68:12
**period**  17:19,21
  25:14 26:4 27:18
**perjury**  74:14
**permitted**  9:7
**person**  13:16
  52:14 63:23
**personal**  35:4,6
**pesce**  22:25
**philadelphia**
  16:12
**phoenix**  23:1
**phrase**  54:7 65:14
**picture**  57:25
**pierce**  24:16
**place**  6:17 17:18
  71:5
**places**  37:15
**plaintiff**  1:9 3:3
**plaintiff's**  8:12,21
  19:14 22:10 24:19
  30:25 39:25 42:2
**planograms**  61:16
**platforms**  55:12
**plausible**  34:24
**play**  57:24
**played**  62:5
**pleasant**  74:1
**please**  6:22 7:4,7
  7:17 24:21 31:6
  49:25 51:20 69:13
  74:11,11
**pleasure**  15:2
**plf**  2:13,14,15,16
  2:17,18,19,20
**pllc**  3:20
**pneumo**  4:12
**point**  15:5 16:8
  29:16 30:11 40:15
  46:13,13,14 47:24

52:14 53:10 54:6
  54:8,9 61:22
  69:17
**portion**  12:5
**position**  12:4,10
  12:19,20
**positive**  56:16
  57:17 62:18
**poster**  54:11
**pot**  36:7
**potential**  59:8
**potentially**  65:22
  65:23 66:1
**prepare**  13:3
**prepared**  21:13
**present**  5:9 15:25
**president**  11:4,4,9
  11:21,22 12:1
  53:19,20
**pretty**  48:7 57:20
**previously**  15:20
**primarily**  53:2,25
  55:11 68:5
**primary**  39:11
  40:4,9,19,24 41:7
  41:9,13,15 42:9
**print**  36:18
**printout**  31:2
**prior**  13:17 40:8
  47:10 67:3,6
**priority**  73:1
**procedure**  6:4 8:9
**proceeding**  8:18
  71:11,19 72:8,17
**proceedings**  6:9
  70:17
**proceeds**  36:8
**process**  29:15
  56:24
**produced**  71:11

**product**  10:11
  46:16 52:10 54:12
  54:18,20,22,25
  56:7 66:24 68:17
**production**  74:22
**products**  14:5,8
  20:15 21:12 24:2
  25:13 26:3,3,4
  55:5,22 56:2,3
  60:10 62:16
**professional**  47:23
  52:1 70:22 72:12
**profit**  24:1 65:16
**programs**  28:18
  54:4 55:12
**prohibited**  71:6
**prohibitions**  70:11
**promoted**  53:18
**promotional**  54:19
  55:1
**promotions**  53:11
**protected**  71:18
  71:20
**provide**  28:17
  33:22 37:19 53:4
  53:25 55:11 59:4
  62:2 71:3
**provided**  13:7
  53:9 61:4
**provides**  37:10
  43:21 61:11,19,25
**public**  53:6 73:24
**pulled**  48:8
**purchase**  44:13
  53:10 54:8,9
  55:22 56:12,12
  61:22
**purchased**  34:9
  56:9
**purchases**  67:3,6

**purchasing**  50:3,4
**purpose**  13:22
  27:25
**purposes**  38:14
**pursuant**  5:22 6:3
**put**  9:1 25:5 29:2
  32:7,10 53:10

### q

**quaker**  16:6,23
  57:6,12 58:10,15
**question**  25:2,25
  28:21 31:20 32:23
  33:6 58:12
**questioning**  9:1
  14:1
**questions**  8:2,24
  22:21 24:22 41:24
  42:5,21 58:19
  60:6 64:7 69:17
  71:12 72:4
**quinten**  3:13

### r

**r**  3:1 4:1,14 5:1
  72:1
**races**  43:3,7
**racing**  39:12,16
  59:20
**radcliffe**  4:14 64:8
**radio**  36:9,18
**rainy**  18:20
**raise**  7:6 56:14
**raising**  36:24
**ran**  50:13
**read**  9:9 13:5
  22:20 24:21 31:5
  34:14,17 45:8,10
**reading**  31:19,21
  34:13 74:17
**really**  13:20 14:19
  26:10 29:19 30:7

35:8 44:2 45:21
45:24 46:10,23
57:21 58:6 59:11
67:14
**reardon** 18:20
**reason** 10:8,9 73:5
74:13
**receipt** 74:16
**receipts** 65:4
**receive** 12:22 25:6
33:8 34:3 65:1,3,9
65:11,21
**receives** 65:5 71:8
**receiving** 23:6
**recess** 51:17 64:16
69:10
**recognize** 56:15
**recognized** 55:14
55:14
**record** 6:12,23 7:1
42:6 51:14,23
64:13,18 69:5,7,14
69:19 70:17,20
71:12 72:7
**records** 45:5 62:20
62:25
**refer** 28:10 38:16
**reference** 74:7
**referred** 46:20
**reflect** 67:11
**reflected** 7:1
**region** 63:11
**regional** 16:11
57:10,15
**regionally** 16:5
**registered** 6:1
**regulations** 5:23
70:6
**related** 9:21 14:11
42:13 60:9

**relates** 38:11
**relating** 71:19
**relationship** 29:23
63:19 70:18 72:9
**remaining** 62:25
**remember** 18:21
18:24 43:1 49:19
**remind** 25:3
**report** 18:16,22
22:3 60:19 70:19
**reporter** 1:24 5:22
6:2 7:3,4,6 70:1,9
70:13 71:14,16
**reporting** 5:24
70:6 71:3 73:1
**repository** 14:19
71:20
**represent** 6:23
7:16
**representations**
70:2
**representative**
1:17 7:23 9:19
**representatives**
13:11
**representing** 6:13
**required** 73:21
**reserved** 9:6 69:23
**responding** 31:6
**responses** 8:2,3,3
**responsibilities**
53:1
**responsibility**
53:15
**responsible** 20:21
21:4
**responsiveness** 9:5
**rest** 24:25 67:24
67:25
**resume** 47:11

**retail** 33:23 53:1,3
53:8,18
**retailer** 28:4
**returned** 74:16
**revenue** 35:18,21
38:8 60:1,2 67:14
68:2,4
**revenues** 36:9
**review** 14:13
74:12
**reviewed** 13:18
**reviewing** 13:23
**ride** 41:16
**right** 7:7 11:2
13:15 14:21 18:9
19:21 26:16,19
27:24 28:12 29:21
30:14 31:21,25
33:6 34:2,6 35:18
37:11 40:13 43:9
44:4 45:24 46:24
49:16,22 52:9,18
58:16 60:5 61:9
63:6,17 65:12
67:20 68:6,9,16
**rights** 64:2
**riley** 5:10
**rmr** 1:24 72:20
**robert** 18:20
**rock** 1:3 3:17,25
21:15,19,21 22:4
26:2 27:2,19
44:21
**role** 43:18 55:3,16
55:21 56:7 57:24
59:11,14
**roles** 55:23
**romano** 5:10
**ronald** 1:8 6:18
73:3 74:6

**roof** 44:15
**ross** 13:21
**royalties** 35:22
**rpr** 1:24 72:20
**rules** 5:23 6:3
11:17 70:5
**run** 33:14 67:15
67:17
**running** 28:23
**runs** 28:13
**russell** 5:5

---

**s**

**s** 1:9,12 3:1,3 4:1
4:22 5:1 22:25
73:5
**salary** 35:19
**sale** 24:2 25:7 65:1
**sales** 37:10 52:14
53:9 60:10 61:22
68:12,21
**saxon** 4:5
**saying** 25:20 27:1
31:21 44:11 67:18
**says** 19:17 20:6,8
20:15 23:12 65:9
**scope** 41:20 42:12
60:7
**season** 40:19
**seats** 11:3
**second** 24:11
37:18 48:19 51:19
64:4 69:12
**secretary** 10:17
11:3,9
**section** 22:13
30:20 31:3 35:14
39:15 45:19 70:8
**sections** 70:10
**security** 10:24
**see** 19:11,19 26:23
31:10 36:2 38:24

39:19 44:11 54:11
66:18
**seen** 8:14,19 13:14
22:17 31:7 47:9
**selected** 32:8,8
**sell** 14:7 30:3
32:25,25 33:17
53:6 60:22,22
**selling** 56:3,7
68:16
**sells** 60:18 65:15
65:20
**sending** 20:12
**senior** 53:20
**separate** 22:13
**series** 14:10 40:4
40:20 42:10 43:2
43:2 60:5 63:22
**serve** 72:17
**served** 63:1
**serves** 15:2
**service** 25:1 33:22
**serviced** 63:10
**services** 28:18
71:3
**set** 42:5
**setup** 63:5
**seven** 18:9 41:14
**seventeen** 19:18
**sheet** 73:1 74:12
74:13,14
**shelves** 52:10
**shop** 43:22
**shops** 44:1,2
**short** 51:17 64:16
69:10
**shown** 74:14
**sign** 9:10 27:7
61:23,25 62:14,18
**signage** 27:6 28:15
29:3 31:12 32:3

61:13,19,22
**signature** 69:23
72:21 74:13
**significant** 36:15
39:4,8 51:1
**signing** 74:13,17
**simmons** 3:23
**simply** 8:8
**sincerely** 74:20
**single** 44:18
**singular** 43:24
**sir** 7:7 19:3,16
29:5 31:2 49:16
74:10
**sit** 46:19
**six** 25:4 62:21
**sixty** 18:1 20:9,16
21:11 41:14
**small** 35:24 36:6
36:11 37:16,20
50:1,3
**social** 10:24
**socinski** 18:19
**sold** 25:15 46:4,5
56:2 62:16 65:21
**solely** 70:25 72:14
**solutions** 5:16
6:14 54:1 74:1
**somebody** 30:12
32:1
**soon** 26:8
**sorry** 13:15 16:12
42:7 46:9
**sort** 45:5 50:5
52:11 58:21
**sorts** 28:4
**sotelo** 23:3
**sounds** 33:5
**source** 44:8,18
**sources** 35:21 44:7

**sourcing** 43:23
**south** 4:15
**speak** 36:7
**speaking** 17:4
24:5
**specific** 17:8 60:23
71:7
**specifically** 27:3
61:1 70:4
**spencer** 1:17 2:17
6:8 7:9,18,19 9:15
18:18 24:14 64:20
73:4,20 74:8
**spends** 39:4
**spoke** 68:4
**sponsor** 40:4,9,19
40:24 41:7,9 42:9
**sponsorship** 39:11
41:14,16 43:14
**sponsorships**
36:10 39:17
**spread** 49:9
**sprint** 40:4,19
**standpoint** 12:18
56:14
**stands** 35:1
**start** 31:6 52:2
**started** 17:11 57:1
**state** 6:22 70:14
**stated** 72:3
**statement** 24:5
25:5 64:24
**statements** 59:5,5
**states** 1:1 18:2
39:13 62:22
**stenographic** 7:1
**stipulations** 9:1
**stock** 52:10
**stockholders**
63:22 64:2

**stocking** 60:23
**stop** 48:19
**store** 28:14,24
29:12,21,23,25
30:4,4,4,12,21
31:4,13,17 32:19
33:15 34:11 38:13
44:16 48:14,15
52:11 54:11 56:10
61:12,13 63:18
66:18,18,24
**stores** 33:1,23 34:1
36:1 37:16 38:12
38:20 44:3,6,7
48:4,4 50:14
61:12,18 62:21,25
63:10 66:8 68:7
68:15
**strategy** 53:20
**stream** 39:3 68:15
68:15
**streams** 60:1,2
68:2,4
**street** 3:6 4:15,23
5:18
**stuff** 32:11 65:15
65:20
**subcontract** 70:25
**subcontractor**
70:15 72:15
**submitted** 71:13
71:16
**subscribed** 73:21
**sued** 10:8
**sufficient** 47:2
61:4
**suggested** 61:12
**suggestions** 53:10
**suing** 10:9
**suite** 3:7,16 4:8,16
4:24 5:19 74:1

**summary**  24:15
**supplier**  36:5
**suppliers**  36:13
  37:19,25 43:23
  60:24 62:10,12,14
  68:14,15,16
**support**  24:14
**suppose**  44:20
  50:6
**sure**  9:12 11:13
  13:25 22:20,22
  24:8,12 27:5
  28:20 31:5 32:18
  37:14 39:9 42:22
  47:25 51:4,13
  52:23,23 55:24,25
  56:8 62:13,15
  66:23
**swear**  7:5
**swingle**  18:19
**sworn**  7:10 73:21
**system**  17:2 48:14

**t**

**t**  72:1,1
**take**  64:9 69:6
**taken**  72:3
**talk**  21:13 22:3
  27:24 43:19
**talked**  56:19 57:12
  59:20 60:2 61:20
**talking**  11:15
  31:14 34:1 47:3
  51:25 60:13 61:15
  62:13 63:5 66:8
**tax**  35:15 38:12,13
**taxes**  10:24
**tec**  1:11 6:19
**technicians**  37:6
**television**  36:9
  56:19

**tell**  10:6 13:3,17
  17:10 48:22 66:13
**telling**  19:23 20:1
  45:21
**tenure**  55:10
**terms**  36:5 70:25
  72:15
**territory**  59:2
**testified**  7:11 10:6
  34:8
**testimonies**  34:22
**testimony**  1:16
**texarkana**  5:8
**texas**  3:8 4:9 5:8
  28:24
**thackston**  4:4,21
**thank**  9:14 36:22
**thanks**  24:21
**thereto**  72:5
**thing**  45:5 53:12
  56:25 62:13
**things**  11:4 14:3
  14:12 15:4 35:23
  48:7,25 52:3 54:6
  56:9 61:16 64:10
**think**  9:9 13:19
  14:17 15:23 16:6
  18:23 22:25 23:23
  26:25 31:19 32:11
  32:23 33:3 37:6
  40:15 42:12 43:1
  50:9 55:7 56:16
  56:17 57:16
**thinking**  56:11
**third**  62:1,4
**thirteen**  18:12
  19:21 20:24 23:15
  61:6
**thirty**  74:16
**thomas**  1:8 4:14
  6:18,25 7:16 34:7

**34:8**,14 73:3 74:6
**thousand**  19:18
  30:13,14 31:15,16
  31:23,24 43:17
  62:21 66:16,19
  67:8,19
**three**  10:1,2 11:11
  35:20 43:4,7
  50:14
**time**  6:15 9:6 16:8
  17:7,8,20,21 22:20
  25:14 26:4 27:18
  29:16 30:11 51:23
  53:2,7,14 62:6
  64:11 69:3,18
  71:8
**times**  9:24 10:1
  49:11
**today**  7:20 13:4
  19:9,17 46:19
**told**  20:13
**toll**  74:2
**tom**  64:6
**tom's**  64:11
**topic**  42:13
**topics**  21:12
**total**  31:21
**tower**  3:23
**track**  61:8 63:9
**trade**  28:11
**trademark**  62:7
**trainee**  48:6
**trainees**  48:8
**transcribed**  72:5
**transcript**  8:13,22
  9:7,10 19:15
  22:11 24:20 31:1
  40:1 42:3 71:10
  72:6 74:11,12
**transcription**  72:6

**transcripts**  47:10
  71:10,18
**trial**  9:6
**true**  27:10 71:11
  72:7
**truth**  19:23 20:1
**try**  15:9 37:13
  55:12 56:13
**trying**  53:4
**tuex**  40:15
**turn**  65:5
**tv**  36:18
**twenty**  43:7 53:21
**two**  30:13 31:15
  31:24 37:15,15
  51:21 68:2,4
  69:20
**type**  58:19
**types**  10:5
**typically**  16:21

**u**

**uh**  11:12,15
**umbrella**  15:4
**understand**  7:19
  8:1 10:16 14:2
  15:12 21:7 30:17
  35:9 45:15 46:9
  55:19,20 65:8
**understanding**
  31:20 58:20
**understood**  13:25
**uniforms**  35:22
**united**  1:1 18:2
  39:12 62:22
**university**  50:23
**unwritten**  58:22
**uploaded**  71:20
**use**  9:7 36:8 38:12
  46:14 64:11
**utilize**  62:10

**v**

**v** 73:3 74:6
**value** 27:25 43:21
  44:5
**variety** 25:23
  54:23
**various** 10:8,9
  22:14 49:11
**vendors** 44:14
**verbatim** 70:20
**veritext** 5:16 6:14
  70:15 71:2 73:1
  74:1,7
**versus** 6:19
**vice** 11:4,21 53:19
  53:20
**video** 6:15,16
  51:21 69:20
**videographer** 5:15
  6:12 7:2 51:14,19
  64:13,18 69:7,12
  69:20
**videotape** 1:16
**view** 67:4
**virtues** 54:12
**visibility** 45:25
**volume** 58:2
**vs** 1:10

**w**

**w** 74:1
**wait** 56:11
**waived** 74:17
**wake** 56:10
**waldrop** 5:5
**walk** 26:25 47:22
  52:21
**walkthrough**
  47:11
**waltrip** 40:10

**want** 22:20 25:10
  28:25 29:2 30:3
  36:25 37:4 45:15
  47:4,10 48:24
  52:2,2 60:7 62:12
  66:21 69:6
**wanted** 29:12 42:6
  45:16 64:20
**wanting** 37:4
**warehouses** 46:3,5
  46:5
**warner** 1:11 6:19
**warning** 59:5
**washington** 24:17
**way** 13:21 14:4
  15:3,10 34:15
  41:19 42:12 48:13
  50:2 52:3 53:16
  56:16
**web** 2:15,16,18,19
**website** 19:4,6,9
  19:17,24 20:2,4,8
  20:11,15,18,19,22
  21:4,10 22:7,12,14
  30:20 31:3 39:16
  45:18 46:22
**went** 45:17,18
  48:3 50:4,10,17
**west** 3:15,24
**whiteside** 3:13
**whitney** 18:19
**wholesale** 53:7
**wide** 54:23
**willmar** 16:24
  57:7,14,19
**wish** 65:5
**withdraw** 17:25
  22:6
**witness** 6:8,20 7:5
  35:8 42:25 51:11
  69:3 73:4 74:8,11

**witnesses** 71:17
**witness'** 74:13
**witte** 5:10
**word** 23:21 26:9
  38:12
**words** 14:23 32:4
**work** 19:1 20:5
  22:16 23:16 45:20
  45:22 48:3 49:7
  50:10,17 51:2
**worked** 48:13 50:2
  52:4
**working** 46:1
**works** 20:25 62:19
  65:14
**world** 26:22 43:11
**wright** 3:12
**wrinkle** 33:7
**write** 30:12 32:1
**written** 58:21

**x**

**x** 2:1

**y**

**yeah** 18:15 24:23
  36:23 40:14,17
  41:4 43:12 48:12
  54:3,9 55:7 57:16
  63:7
**year** 40:23,25
  41:15 43:14 49:19
  52:24 67:3,6,17
**yearly** 42:8
**years** 15:13 41:8
  48:15 50:11 53:21
  64:22
**yellow** 27:7 61:24
**young** 4:4,21

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.