THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC KLOPMAN-BAERSELMAN, as Personal Representative for the Estate of RUDIE KLOPMAN-BAERSELMAN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION, a Pennsylvania corporation, individually and as successor-by-interest to BUFFALO PUMPS, et al.,<br><br>Defendants. | Civil Action No. 3:18-cv-05536 RJB<br><br>DEFENDANT BORGWARNER MORSE TEC, LLC'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESSES |

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant BorgWarner Morse TEC, LLC ("BorgWarner") makes the following supplemental disclosure of expert testimony:

BorgWarner incorporates by reference, as if fully reinstated herein, the witnesses, disclosures, exhibits, and attachments, disclosed in its September 13, 2019 Supplemental Disclosures, Dkt. #360.

BORGWARNER'S SUPPLEMENTAL EXPERT
DISCLOSURES  - Page 1
02991-002.001\2666228

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

Further, BorgWarner identifies that it may call the following additional witness:

5.      Drew Van Orden
    RJ Lee Group
    350 Hochberg Road
    Monroeville, PA 15146

BorgWarner joins and adopts the disclosure for Mr. Van Orden by its co-defendant Genuine Parts Company, including the summary of Mr. Van Orden's anticipated testimony, his curriculum vitae, and list of trial and deposition testimony given, served by Genuine Parts Company on October 15, 2019 (also attached hereto as Exhibits 1, 2, and 3), as well as any future disclosure(s) that may be provided for this witness.

Mr. Van Orden charges $550 per hour.

Pursuant to Rule 26(e), Defendant BorgWarner Morse TEC LLC and the above named experts will supplement these disclosures to the extent necessary in the event additional information is obtained during the pendency of this action.

**DATED** this 16th day of October, 2019.

BENNETT BIGELOW & LEEDOM, P.S.

By *s/ Jennifer G. Crisera*
Jennifer G. Crisera, WSBA No. 35385
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986
Email: jcrisera@bbllaw.com
Attorneys for BorgWarner

BORGWARNER'S SUPPLEMENTAL EXPERT
DISCLOSURES  - Page 2
02991-002.001\2666228

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986

## CERTIFICATE OF SERVICE

The undersigned declares as follows:

1. I am employed at Bennett Bigelow & Leedom, PLLC, attorneys of record for Defendant BorgWarner Morse TEC, LLC, herein.

2. On October 16th, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record who are registered as such on the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of October, 2019 at Seattle, Washington.

By: *s/Linnea Butler*
Linnea Butler, Legal Assistant
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
Telephone: (206) 622-5511
Fax: (206) 622-8986

BORGWARNER'S SUPPLEMENTAL EXPERT DISCLOSURES - Page 3
02991-002.001\2666228

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101-1363
T: (206) 622-5511  F: (206) 622-8986