

**Drew Robert Van Orden**

| | |
|---|---|
| *Affiliation:* | RJ Lee Group, Inc.<br>350 Hochberg Road<br>Monroeville, PA  15146 |
| *Education:* | MA, Applied Statistics, University of Pittsburgh, 1998<br>MS, Mineral Process Engineering, Pennsylvania State University, 1979<br>BA, Meteorology and Oceanography, Millersville State College, 1975 |
| *Career/Employment:* | RJ Lee Group, Inc., 1986 - present<br>   Senior Consulting Scientist<br>BJL Laboratoires, 1996 – 1997<br>   Directeur Technique<br>Consulting Engineer, 1985 - 1986<br>US Steel Technical Center, 1979 - 1985<br>   Research Project Engineer |

*Summary:*

- Conducted site evaluations at mines and quarries
- Conducted studies to determine nature of asbestos and non-asbestos amphibole particles
- Designed and directed studies to assess worker exposures to various materials
- Mined large datasets related to ambient and workplace asbestos concentrations
- Statistical analysis of complex data sets
- Extensive experience in mineral process engineering, including process optimizations and plant automation

*Honors, Awards, Fellowships & Memberships*

- Registered Professional Engineer, Mineral Engineering, Commonwealth of Pennsylvania
- Society of Mining, Metallurgy, & Exploration, SME/AIME
- ASTM International, ASTM
- American Statistical Association, ASA
- American Industrial Hygiene Association, AIHA
- National Society of Professional Engineers, NSPE
- American Association for the Advancement of Science, AAAS
- The Geological Society of America, GSA
- The Mineralogical Society of America, MSA

RJ Lee Group, Inc.
D. Van Orden Curriculum Vitae
Page 2 of 7

*December 17, 2018*

*Publications*

**Van Orden, D. R.** (2017). "Identification and Analysis of Ambient EMPs", *Toxicology and Applied Pharmacology*, 361, p. 21-26, https://doi.org/10.1016/j.taap.2018.06.018.

**Van Orden, D. R.** (2017). "Identification and Analysis of Ambient EMPs", presented at the Monticello Conference, Charlottesville, VA, October 17, 2017.

Pier, J., Rutstein, M., Crane, D., Fitzgerald, S., Gunter, M., Halterman, D., Houck, K., Poye, L., Sanchez, M., Segrave, A., Tomaino, G., **Van Orden, D**., Webber, J., Medwid, J., Wolfgang, S., Moore, K., and Liu, T. (2017). "USPC Responses to Comments on Stimuli Article 'Modernization of Asbestos Testing in USP Talc'", *Pharmacopeial Forum*, 43, No. 4.

**Van Orden, D. R.** (2017). "Talc – Is It Asbestos", presented at the 2017 Defense Asbestos Litigation Seminar, Orlando, FL, June 7, 2017.

Lee, R. J., **Van Orden, D. R**., Cox, L. A., Arlaukus, S., and Kautz, R. J. (2017). "Response to Harper and Key-Schwartz", *Regulatory Toxicology and Pharmacology*, 83, pp. 103, https://doi.org/10.1016/j.yrtph.2016.10.019.

Lee, R., **Van Orden, D**. and Sanchez, M. (2016). "Response to Gordon 2016", *International Journal of Occupational and Environmental Health*, 23, pp. 172-176, https://doi.org/10.1080/10773525.2016.1227038.

Lee, R. J., **Van Orden, D. R**., Cox, L. A., Arlaukus, S., and Kautz, R. J. (2016). "Impact of muffle furnace preparation on the results of crystalline silica analysis", *Regulatory Toxicology and Pharmacology*, 80, pp. 164 – 172, https://doi.org/10.1016/j.yrtph.2016.06.002.

**Van Orden, D. R.**, Lee, R. J., Hefferan, C. M., Schlaegle, S. and Sanchez, M. (2016). "Determination of the Size Distribution of Amphibole Asbestos and Amphibole Non-Asbestos Mineral Particles", *The Microscope*, 64, pp 13 – 25.

Oczypok, E. A., Sanchez, M. S., **Van Orden, D. R.**, Berry, G. J., Pourtabib, K., Gunter, M. E., Roggli, V. L., Kraynie, A. M., and Oury, T. D. (2016). "Erionite-associated malignant pleural mesothelioma in Mexico", *International Journal of Clinical and Experimental Pathology*, 9, pp. 5722 – 5732.

Sahmel, J., Barlow, C., Gaffney, S., Avens, H., Madl, A., Henshaw, J., Unice, K., Galbraith, D., DeRose, G., Lee, R., **Van Orden, D.**, Sanchez, M., Zock, M., and Paustenbach, J. (2016). "Airborne asbestos take-home exposures during handling of chrysotile-contaminated clothing following simulated full shift workplace exposures", *Journal of Exposure Science and Environmental Epidemiology*, 26, pp. 48-62, https://doi.org/10.1038/jes.2015.15.

Lee, R. J., Bandli, B. R., Sanchez, M. S., and **Van Orden, D. R.** (2016). "A Proposed Method for TEM Analysis of Elongate Mineral Particles", *ASTM Michael E. Beard Conference: Asbestos and Fibrous Mineral Analysis and Research*, San Antonio, Texas.

McGrath, M., Long, L., Sanchez, M. S., **Van Orden, D. R.** and Lee, R. J. (2015). "Characterization of Structurally Coherent Mineral Intergrowths in Cosmetic Talc", presented at 2015 GSA Annual Meeting, Baltimore, MD, November 4, 2015.

Lee, R. and **Van Orden, D**. (2015). "Letter to the Editor: Asbestos in commercial cosmetic talcum powder as a cause of mesothelioma in women", *International Journal of Occupational and Environmental Health*, 21, pp. 337-341, https://doi.org/10.1080/10773525.2015.1122370.

Ilgren, E. B., **Van Orden, D. R.**, Lee, R. J., Kamiya, Y. M., and Hoskins, J. A. (2015). "Further Studies of Bolivian Crocidolite - Part IV: Fibre Width, Fibre Drift and their relation to Mesothelioma Induction:

Preliminary Findings", *Epidemiology Biostatistics and Public Health*, <u>12</u>, http://dx.doi.org/10.2427/11167.

Cox Jr., L. A., **Van Orden, D. R**., Lee, R. J., Arlauckas, S. M., Kautz, R. A., Warzel, A. L., Bailey, K. F., and Ranpuria, A. K. (2015). "How reliable are crystalline silica dust concentration measurements?", *Regulatory Toxicology and Pharmacology*, <u>73</u>, pp. 126 – 136, https://doi.org/10.1016/j.yrtph.2015.07.001.

Ilgren, E. B., **Van Orden, D. R.**, Lee, R., Kamiya, Y., Hoskins, J. A. (2014). "Environmental 'Low Dose' Mesotheliomas and Their Relationship to Domestic Exposures-Preliminary Report", *Environment and Pollution*, <u>3</u>, pp. 48 – 54, https://doi.org/10.5539/ep.v3n2p48.

Block, L., Beckers, D., Ferret, J., Meeker, G., Miller, A., Osterberg, R., Patil, D., Pier, J., Riseman, S., Rutstein, M., Tomaino, G., **Van Orden, D.**, Webber, J., Medwid, J., Wolfgang, S., Moore, K. (2014). "Stimuli to the Revision Process: Modernization of Asbestos Testing in USP Talc", *Pharmacopeial Forum*, <u>40</u>, No. 4.

Sahmel, J., Barlow, C., Simmons, B., Gaffney, S., Avens, H., Madl, A., Henshaw, J., Lee, R., **Van Orden, D**., Sanchez, M., Zock, M., and Paustenbach, J. (2014). "Evaluation of Take-Home Exposure and Risk Associated with the Handling of Clothing Contaminated with Chrysotile Asbestos", *Risk Analysis*, <u>34</u>, pp. 1448-1468, https://doi.org/10.1111/risa.12174.

Lee, R. J, Sanchez, M., **Van Orden, D. R.**, and Li, L. (2014). "Acceptability of Method Short Cuts in TEM Asbestos Analysis", presented at Inter/Micro 2014, Chicago, IL, June 2, 2014.

Williams, C., Dell, L., Adams, R., Rose, T., and **Van Orden, D.** (2013). "State-of-the-science assessment of non-asbestos amphibole exposure: Is there a cancer risk?", *Environmental Geochemistry and Health*, <u>35</u>, pp. 357-377, https://doi.org/10.1007/s10653-012-9500-0.

**Van Orden, D. R.**, Sanchez, M., and Wilmoth, J. M. (2012). "Effect of Sample Preparation on Observed Airborne Fiber Characteristics", *The Microscope*, <u>60</u>, pp. 51-61.

Mlynarek, S. P. and **Van Orden, D. R.** (2012). "Asbestos Exposure from the Overhaul of a Pratt & Whitney R2800 Engine", *Regulatory Toxicology and Pharmacology*, <u>64</u>, pp. 189-194, https://doi.org/10.1016/j.yrtph.2012.07.004.

**Van Orden, D. R.,** Lee, R. J., Sanchez, M. S., Zock, M. D., Ilgren E. B., and Kamiya, Y. (2012). "Evaluation of Airborne Crocidolite Fibers at an Asbestos-Cement Plant", *Annals of Respiratory Medicine*, On line first.

**Van Orden, D. R.,** Lee, R. J., Sanchez, M. S., and Zock, M. D. (2012). "The Size Distribution of Airborne Bolivian Crocidolite Fibers", *Annals of Respiratory Medicine*, On line first.

Ilgren, E., **Van Orden, D.**, Lee, R., Kamiya, Y., and Hoskins, J. (2012). "Further Evidence for Fiber Width as a Determinant of Mesothelioma Induction and Threshold – Anthophyllite, Bolivian Crocidolite, and Cape Crocidolite", *Annals of Respiratory Medicine*, On line first.

**Van Orden, D. R.**, Wilmoth, J. M., and Sanchez, M. (2012). "Effect of Size Reduction Processes on the Apparent Fiber Content of Rock Samples", *The Microscope*, <u>60</u>, pp. 3-9.

Mlynarek, S. P. and **Van Orden, D. R.** (2012). "Assessment of potential asbestos exposures from jet engine overhaul work", *Regulatory Toxicology and Pharmacology*, <u>63</u>, pp. 78-83, https://doi.org/10.1016/j.yrtph.2012.02.010.

**Van Orden, D.** (2012). "Identification and Differentiation of Asbestos from Non-Asbestos", presented at 37th annual meeting of Yuma Pacific-Southwest Section of American Industrial Hygiene Association, Irvine, CA, January 20, 2012.

**Van Orden, D.** and Sanchez, M. (2011).  "Asbestos – What's in a Name?", presented at the 2011 Geological Society of America Annual Meeting, Minneapolis, MN, October 10, 2011.

**Van Orden, D.** (2011).  "Present and Future Impact of the NIOSH Roadmap on a Contract Laboratory for EMP Evaluations", presented at the 2011 SME Annual Meeting, Denver CO, March 2, 2011.

McGrath, D. B, **Van Orden, D. R.**, Howard, R. M., Guerrero, P., and Davis, S. C. (2010).  "Two Different Methods, Three Different Variations, Four Different Sources:  What Bulk Asbestos PLM Method Is Your Laboratory Using?  Part 2", *Journal of Occupational and Environmental Hygiene*, 7, D65 — D68, https://doi.org/10.1080/15459624.2010.486305.

McGrath, D. B, **Van Orden, D. R.**, Howard, R. M., Guerrero, P., and Davis, S. C. (2010).  "Two Different Methods, Three Different Variations, Four Different Sources:  What Bulk Asbestos PLM Method Is Your Laboratory Using?  Part 1", *Journal of Occupational and Environmental Hygiene*, 7, D53 — D56, https://doi.org/10.1080/15459624.2010.486305.

Jones, A. D., Apsley, A., Clark, S., Addison, J., **Van Orden, D. R.**, and Lee, R. J. (2010).  "Laboratory Tests to Compare Airborne Respirable Mass and Fibre Concentrations from Soil Samples from Libby, Montana", *Indoor and Built Environment*, 19, pp. 286-297, https://doi.org/10.1177/1420326X09349908.

Lee, R. J., Allison, K. A., Bunker, K. L., Harris, K. E., Huntington, J. C., Sanchez, M. S., Strohmeier, B. R., and **Van Orden, D. R.** (2010).  "The Challenges of Defining and Characterizing Asbestos", Northeastern and Southeastern Joint Regional Meeting of the Geological Society of America, Baltimore, MD, March 14, 2010.

**Van Orden, D.** (2010).  "Asbestos Analytical Methods:  Separating Fact From Fiction", presented at the *Legal Symposium for the Aggregates Industry*, National Stone, Sand & Gravel Association Meeting, Cincinnati, Ohio, February 15, 2010.

Lee, R. J., **Van Orden, D. R.**, and Sanchez, M. (2010).  "Common Errors Associated with the Analysis of Tremolitic Talc", presented at 2010 ME Beard Conference, San Antonio, TX, January 28, 2010.

Lee, R. J., **Van Orden, D. R.**, Allison, K. A., and Bunker, K. L. (2009).  "Characterization of Airborne Amphibole Particles in Libby, MT", *Indoor and Built Environment*, 18, pp. 524–530, https://doi.org/10.1177/1420326X09341518.

**Van Orden, D. R.**, Lee, R. J., Allison, K. A., and Addison, J. (2009).  "Width Distributions of Asbestos and Non-Asbestos Amphibole Minerals", *Indoor and Built Environment*, 18, pp. 531–540, https://doi.org/10.1177/1420326X09341503.

**Van Orden, D.** (2009).  "Evaluation of Talc for Asbestos Content", presented at the 2009 Regulatory Science Summit, Arlington, VA, December 15, 2009.

**Van Orden, D.** (2009).  "Evaluation of Raw Materials for Asbestos Content", presented at the 5th Annual Joint Western Regional Mine Safety & Health Conference, Reno, NV, October 27, 2009.

**Van Orden, D. R.** and Sanchez, M. (2009).  "CARB Definitions of Asbestos", presented at 2009 GSA Annual Meeting, Portland, OR, October 21, 2009.

Ross, M., Langer, A. M., Nord, G. L., Nolan, R. P., Lee, R. J., **Van Orden, D.**, and Addison, J. (2008).  "The mineral nature of asbestos", *Regulatory Toxicology and Pharmacology*, 52, S26–S30, https://doi.org/10.1016/j.yrtph.2007.09.008.

Huntington, J. C., Ptasienski, J. T., Bunker, K. L., Strohmeier, B. R., **Van Orden, D. R.**, and Lee, R. J. (2008).  "A new method for fracturing mineral particles for cross-sectional FESEM analysis", *Periodico di Mineralogia*, 77, pp. 43-50, https://doi.org/10.2451/2008PM0012.

Sanchez, M. S., Lee, R. J. and **Van Orden, D.** (2008). "Extinction Characteristics of Six Tremolites with Differing Morphologies", *The Microscope*, 56, pp. 13-27.

Lee. R., Strohmeier, B., Bunker, K., Sanchez, M., and **Van Orden, D.** (2008). "The Challenge of Naturally Occurring Asbestos – Characterization of Amphibole Particles in Mixed Mineral Dust," Keynote presentation at the 2008 Roy J. Shlemon Specialty Conference on The Geological Assessment of Naturally Occurring Hazardous Substances, AEG Foundation and Association of Environmental & Engineering Geologists, Folsom, CA, June 4-6.

Glenn, R. E., Lee, R. J., Jastrem, L. M., Bunker, K. L, **Van Orden, D. R.**, and Strohmeier, B. R. (2008). "Asbestos: By Any Other Name, Is It Still?", *Chemical Regulation Reporter*, 32, pp. 22-33.

Lee, R. J., Strohmeier, B. R., Bunker, K. L., and **Van Orden, D. R.** (2008). "Naturally Occurring Asbestos: A Recurring Public Policy Challenge," *Journal of Hazardous Materials*, 153, pp. 1-21, https://doi.org/10.1016/j.jhazmat.2007.11.079.

Lee, R. J. and **Van Orden, D. R.** (2008). "Airborne Asbestos in Buildings*", Regulatory Toxicology and Pharmacology*, 50, pp. 218 – 225, https://doi.org/10.1016/j.yrtph.2007.10.005.

**Van Orden, D. R.**, Allison, K. A., and Lee, R. J. (2008). "Differentiating Amphibole Asbestos from Non-Asbestos in a Complex Mineral Environment", *Indoor and Built Environment*, 17, pp. 58-68, https://doi.org/10.1177/1420326X07087006.

Cohen, H. J. and **Van Orden, D. R.** (2008). "Asbestos Exposures of Mechanics Performing Clutch Service on Motor Vehicles", *Journal of Occupational and Environmental Hygiene*, 5, pp. 148–156, https://doi.org/10.1080/15459620701853227.

Andreozzi, A., Ballirano, P., Bruni, B.M., Gianfagna, A., Gunter, M.E., Mazziotti-Tagliani, S., Pacella, A., Paoletti, L., Lee, R.J., **Van Orden, D.R**., and Allison, K. (2007). "Fibrous amphiboles from Biancavilla: Crystal chemistry, environmental aspects, and health studies", RiMG Amphiboles short course, Rome, Italy.

**Van Orden, D. R.**, McGrath, D. B., Howard, R. M., and Guerrero, P. (2007). "Applicable Polarized Light Microscopy Method for Asbestos NESHAP Compliance Testing", *The Microscope*, 55, pp. 75-80.

Lee, R. J., Strohmeier, B. R., Bunker, K. L., and **Van Orden, D. R.** (2007). "Naturally Occurring Asbestos – A Recurring Public Policy Challenge", presented at the Geological Society of America Annual Meeting and Exposition, October 29, 2007. Geological Society of America *Abstracts with Programs*, 39, pp. 296.

Howard, R. M., Guerrero, P., McGrath, D. B., and **Van Orden, D. R.** (2007). "The EPA's Prosecution of Clean Air Act Asbestos NESHAP Cases Based Upon Nonbinding Bulk Test Methods", *San Diego Law Review*, 44, pp. 173 – 230.

Lee, R. J., Bowman, G. A., Strohmeier, B. R., **Van Orden, D. R.** (2007). "Limitations of Current Analytical Protocols as They Relate to Public Policy: The Libby, Montana Puzzle", presented at the 2007 Annual Meeting of the American Industrial Hygiene Association, Philadelphia, PA.

Sanchez, M. S., Gunter, M. E., Dyar, M. D., Badger, S. R., Hobbs, G. C., **Van Orden, D. R.**, and Potter, M. S. (2006). "Characterization Of Historical Amphibole Samples From The Former Vermiculite Mine Near Libby, Montana U.S.A.", poster presented at the 2006 Annual Meeting of the Geological Society of America, Philadelphia, PA, October 24, 2006.

Lee, R. J., Bowman, G. A., Strohmeier, B. R., and **Van Orden, D. R.** (2006). "Naturally Occurring Asbestos: An Alternate Analysis", poster presented at the 2006 Annual Meeting of the Geological Society of America, Philadelphia, PA, October 24, 2006.

**Van Orden, D.**, Lee, R., Badger, S. and Hobbs, G. (2006).  "The Importance of Correct Minerals Identification:  Application of Mineral Identification to Asbestos Analyses", presented at the Industrial Minerals Association Meeting, Pittsburgh, PA, March 20 – March 22, 2006.

**Van Orden, Drew R.**, Lee, R. J., and Badger, S. (2006).  "Characterizing asbestos fiber comminution resulting from preparation of environmental samples", *Powder Technology*, 162, pp. 183 – 189, https://doi.org/10.1016/j.powtec.2005.12.015.

**Van Orden, Drew R.** (2006).  "Asbestos", in *Environmental Forensics:  Contaminant Specific Guide*, R. D. Morrison and B. L. Murphy, eds., Academic Press, Chapter 2, pp. 19 – 34.

**Van Orden, D. R.**, Lee, R. J., and Allison, K. A. (2005).  "A Review of the Analysis of Amphibole Fibers", presented at the SME Annual Meeting, Salt Lake City, UT, February 28 – March 2, 2005.  Pre-print 05-75.

Blake, C. L., **Van Orden, D. R.**, Banasik, M.; and Harbison, R. D. (2003).  "Airborne asbestos concentration from brake changing does not exceed permissible exposure limit", *Regulatory Toxicology and Pharmacology,* 38, pp 58-70, https://doi.org/10.1016/S0273-2300(03)00069-2.

Banasik, M.; **Van Orden, D. R.**; Blake, C. L.; and Harbison, R. D. (2003).  "Automobile Brake Maintenance and Airborne Chrysotile Fiber Exposure", poster session, published as an abstract in *The Toxicologist*, 72 (S-1).

Lange, J. H.; Thomulka, K. W.; Lee, R. J.; **Van Orden, D. R.** (2002).  "Surface and Passive Monitoring for Asbestos in an Industrial Facility", *Indoor and Built Environment*, 11, pp. 327-333, https://doi.org/10.1177/1420326X0201100604.

Lee, R. J., **Van Orden, D.**, Powers, W. H., and Allison, K. A. (2001).  "Implications of Analytical Techniques for Asbestos Identification", Presented at the National Stone, Sand & Gravel Association's Environment, Safety, and Health Forum, September 2001.

Lee, R. J.; V**an Orden, D. R**.; and Stewart, I. M. (1999).  "Dust and Airborne Concentrations – Is There a Correlation?", Advances in Environmental Measurement Methods for Asbestos, ASTM publication STP 1342.

Lee, R. J., **Van Orden, D. R.**, Dunmyre, G. R., and Stewart I. M. (1996).  "Interlaboratory Evaluation of the Breakup of Asbestos-Containing Dust Particles by Ultrasonic Agitation", *Environmental Science & Technology*, 30, pp. 3010 – 3015, https://doi.org/10.1021/es960011l.

Lee, R. J., Dagenhart, T. V., Dunmyre, G. R., Stewart, I. M, and **Van Orden, D. R.** (1996).  "Response to Comment on 'Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts'", *Environmental Science & Technology*, 30, pp. 1405 – 1406, https://doi.org/10.1021/es9510121.

Lee, R. J., Dagenhart, T. V, Dunmyre, G. R., Stewart, I. M, and **Van Orden, D. R.** (1995).  "Effect of Indirect Sample Preparation Procedures on the Apparent Concentration of Asbestos in Settled Dusts", *Environmental Science & Technology*, 29, pp. 1728 – 1736, https://doi.org/10.1021/es00007a006.

Oehlert, G. A, Lee, R. J., and **Van Orden, D. R.** (1995).  "Statistical Analysis of Asbestos Fibre Counts", *Environmetrics*, 6, pp. 115 – 116, https://doi.org/10.1002/env.3170060203.

**Van Orden, D. R.**; Lee, R. J., Bishop, K. M., Kahane, D., and Morse, R. (1994).  "Evaluation of Ambient Asbestos Concentrations in Buildings Following the Loma Prieta Earthquake*", Regulatory Toxicology and Pharmacology*, 21, pp. 117 – 121, https://doi.org/10.1006/rtph.1995.1016.

Lee, R. J., **Van Orden, D. R.**, Corn, M., and Crump, K. S. (1992).  "Exposure to Airborne Asbestos in Buildings*", Regulatory Toxicology and Pharmacology*, 16, pp. 93 – 107, https://doi.org/10.1016/0273-2300(92)90024-4.

**Van Orden, D. R.**; Stewart, I. M.; and Lee, R. J. (1989). "AHERA Quality Assurance Requirements for the Electron Microscopy Laboratory", presented to the National Asbestos Council, Inc., Sixth Annual Asbestos Abatement Conference and Exposition, Session 42, Anaheim, CA, March, 1989.

**Van Orden, D. R.** (contributing author) (1988). "Assessing Asbestos Exposure in Public Buildings", US Environmental Protection Agency, Washington, D.C., EPA 560/5-88-002.

**Van Orden, D. R.** (1986). "Simulation of Continuous Flotation Cells Using Observed Residence Time Distributions", published in Advances in Mineral Processing, P. Somasundaran, ed., Society of Mining Engineers.

**Van Orden, D. R.** (1985). "Simulation of Continuous Flotation Cells Using Observed Residence Time Distributions", presented at the Engineering Science Foundation Conference, Henniker, NH, August 1985.

Austin, L. G.; **Van Orden, D. R.**; McWilliams, B.; and Perez, J. W. (1981). "Breakage Parameters of Some Materials in Smooth Roll Crushers", *Powder Technology*, 28, pp. 245 – 251, https://doi.org/10.1016/0032-5910(81)87050-7.

Austin, L. G.; **Van Orden, D. R.**; and Perez, J. W. (1980). "A Preliminary Analysis of Smooth Roll Crushers", *International Journal of Mineral Processing*, 6, pp. 321 – 336, https://doi.org/10.1016/0301-7516(80)90028-9.

**Van Orden, D. R.**; Austin, L. G.; and Hogg, R. (1979). "A Method of Correcting Coulter Counter Size Distributions", Proceedings of the Technical Program of International Powder and Bulk Solids Handling and Processing, Philadelphia, PA, May 1979, pp. 161 - 167.

Austin, L. G.; Gallagher, E.; Celik, M.; Shah, J.; and **Van Orden, D. R.** (1978). "Description of Breakage Parameters of Coal in Various Laboratory Comminution Machines", presented to 1978 Annual Meeting of AIME, Denver, CO, February 1978.