# Deposition and Trial Testimony of Drew Van Orden

| Case Name and Number | Court | Date and Type |
|---|---|---|
| Graubart v. American Cyanamid<br>CGC-14-276371 | SUPERIOR COURT OF THE STATE OF CALIFORNIA  COUNTY OF SAN FRANCISCO | 6/22/2015<br>deposition |
| Harold Goldsmith, et al., v ACandS, Inc., et al.<br>24X11000486 | Circuit Court for Baltimore City | 7/15/2015<br>Deposition |
| Larry Cardinale v. Allied Packing & Supply<br>RG 14 749122 | Superior Court of California, County of Alameda | 7/16/2015<br>Deposition |
| Steve & Virginia Swasey v GP<br>RG15-758585 | Alameda County Superior Court | 7/21/2015<br>Deposition |
| Kangas, et al. v. American International Industries, et a<br>BC570125 | Superior Court of the State of California for the County of Los Angeles | 8/27/2015<br>Deposition |
| Kenneth C. Reed III and Ruth E. REED vs 3M CO. (f/k/a Minnesota Mining & Manufacturing Co.), et al<br>FBT-CV-12-6034053-S | Superior Court J.D. of Fairfield at Bridgeport | 9/14/2015<br>Deposition |
| Leonor Vega for the Estate of Jesus Corona Vega vs BorgWarner Morse TEC, Inc.<br>M124780 | Superior Court of the State of California, County of Monterey - Court of Unlimited Jurisdiction | 10/8/2015<br>Deposition |
| Holly Ortwein and Richard Ortwein v. Certainteed Corporation, et al.<br>RG13701633 | Alameda County Superior Court | 11/23/2015<br>Deposition |
| Raymond and Elia Uribes v 3M Company<br>112CV 220636 | Superior Court of the State of California for the County of Santa Clara | 1/7/2016<br>Deposition |
| Holly Ortwein and Richard Ortwein, Plaintiffs, vs. Certainteed Corporation, et al, Defendants<br>RG13701633 | Superior Court of California, County of Alameda | 2/1/2016<br>Trial |
| Pedro and Elecia Azzolini v Basco Drywall & Painting Co., et al<br>RG14719680 | Superior Court of the State of California, County of Alameda - Court of Unlimited Jurisdiction | 3/23/2016<br>Deposition |
| Wedvik v Ferro Engineering, et al<br>14-2-10080-4 | Superior Court of Washington for Pierce County | 4/14/2016<br>Deposition |
| Louis Lowell and Ann Marie Lowell vs. ABB, INC, et al. | | 7/13/2016<br>Deposition |

## Deposition and Trial Testimony of Drew Van Orden

| Case Name and Number | Court | Date and Type |
|---|---|---|
| Linda E. Colpitts and Michael Colpitts vs. American International Industries, et al<br>BC600850 | SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES | 8/8/2016<br>Deposition |
| Linda E. Colpitts and Michael Colpitts vs. American International Industries, et al<br>BC600850 | Superior Court of the State of California | 8/19/2016<br>Deposition |
| Elsea v. U.S. Engineering, et al.<br>Case No. 1016-CV159-76 | Circuit Court of Jackson County, Missouri at Kansas City | 8/23/2016<br>Deposition |
| Roy and Tia Crank v Air & Liquid Systems Corp, et al.<br>BC610083 / JCCP4674 | Jackson County, Missouri at Kansas City | 8/25/2016<br>Deposition |
| Osama Sidaros v 3M Company, et al<br>Case No. BC 610591 | | 9/29/2016<br>Deposition |
| Mikhaiel and Reda Mikhaiel v Borg Warner Corp. et al<br>BC 538002 | Super Court of the State of California | 10/21/2016<br>Deposition |
| Mikhaiel and Reda Mikhaiel v Borg Warner Corp. et al<br>BC538002 | Los Angeles Superior Court Case | 1/20/2017<br>Deposition |
| Linda Sungia (w/d Marlon Kurtz) | | 2/6/2017<br>Deposition |
| ITW Food Equipment. Battistoni. Trial in NYC | | 2/8/2017<br>Trial |
| Arlin Anderson vs. Air & Liquid Systems Corporation, et al.,<br>JCCP 4674 | Superior Court of the State of California | 3/7/2017<br>Deposition |
| Rodney C. Foster v. Allied Packing & Supply, lnc., et al.<br>PG15764371 | Superior Court of the State of California, Alameda County | 3/27/2017<br>Deposition |
| Robert Rash | | 4/6/2017<br>Deposition |
| Paul Cornett v Orton Ceramic Foundation<br>CV-15-845107 | Common Pleas, Cuyahoga County, OH | 5/3/2017<br>Deposition |

## Deposition and Trial Testimony of Drew Van Orden

| Case Name and Number | Court | Date and Type |
|---|---|---|
| Linda Granere and Deborah Mains, individually and as Co-Representatives of the Estate of Robert Granere, Deceased v. 84 Lumber Company, et al., CACE 14-006459- Division 27 | Circuit Court of the Seventeenth Judicial Circuit of Florida, in and for Broward County, Civil Action | 5/12/2017 Deposition |
| Bailey v Ferro Engineering, et al (OH) CV-16-856789 | Court of Common Pleas, Cuyahoga County, Ohio | 5/25/2017 Deposition |
| Michael Mandel, et al. v. American International Industries, Inc. et al. JCCP 4674 / BC644175 | Superior Court of the State of California for the County of Los Angeles | 7/20/2017 Deposition |
| Dansby W. Sanders v Bill Vann Company, Inc. (AL) 2010-900327 | Circuit Court of Mobile County, Alabama | 8/8/2017 Depositon |
| Graff vs. ABB, Inc., et, al., 17-2-02721-9 | Superior Court of Washington, County of King | 8/10/2017 Deposition |
| Marie Colette Gonzales, et al. v. 3M Company, et al., | | 8/17/2017 Deposition |
| Wirick v. Georgia Pacific, et al MID L-1715-15 AS | Superior Court of New Jersey Law Division, Middlesex County | 8/25/2017 Deposition |
| O'Neill v. Vanderbilt Minerals, LLC, et al. 2016-017101-CA-01 | Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, FL | 8/28/2017 Deposition |
| Booker v. BASF Catalysts, et al RG15796166 | Superior Court of California, County of Alameda | 9/14/2017 Deposition |
| Susan Jenkins v. Avon Products, Inc., et al JCCP4674 | Superior Court of the State of California for the County of Los Angeles | 9/25/2017 Deposition |
| Ward, Arthur & Virginia v. Ashcraft Company, Inc., et al NO. CC-15-03734-E | 11th Judicial District, County Court, Dallas Texas | 1/3/2018 Deposition |
| Dominic Vilardo v. ABB, Inc., et al., JCCP 4674 / BC681335 | Superior Court of the State of California, County of Los Angeles | 5/15/2018 Deposition |
| James Fiebiger v A.W. Chesterton Company, et al., 1722-CC10983 | Circuit Court, State of Missouri, Twenty-Second Judicial Circuit (City of St. Louis) | 7/23/2018 Deposition |
| James Stock, Jr. and Lynn M. Stock v. Air & Liquid Systems Corporation, as Successor by Merger to Buffalo Pumps, Inc., et al., 807846/2017 | Supreme Court of the State of New York | 9/4/2018 Trial |

## Deposition and Trial Testimony of Drew Van Orden

| Case Name and Number | Court | Date and Type |
|---|---|---|
| Umemoto, Gladys F., Successor Trustee v. ABB, Inc. et al.<br>17-1-1285-08 (JHA) | In the Circuit Court of the First Circuit, State of Hawaii | 10/4/2018<br>Deposition |
| Calvin B. Denney and Marian L. Denney, Husband & Wife, v. Wagstaff, Inc.<br>18-2-04800-7 | Superior Court of Washington for Pierce County | 10/9/2018<br>Deposition |
| Sharon Pipes and Andrew Slupski v. Avon Products, Inc., et al.,<br>CJ20173487 | Oklahoma County District Court, OK | 12/5/2018<br>Deposition |
| Albert Manring v Gould Electronics, Inc., et al.,<br>17-L-1686 | In the Circuit Court Third Judicial Circuit Madison County, Illinois | 3/14/2019<br>Deposition |
| Rucker vs. Premix-Marbletite Manufacturing Co., et al.,<br>208-013648-CA-01 | Circuit Court of 11th Judicial Circuit in and for Miami-Dade County, FL | 4/19/2019<br>Deposition |