UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC KLOPMAN-BAERSELMAN, as Personal Representative for the Estate of RUDIE KLOPMAN-BAERSELMAN, deceased,<br><br>Plaintiff,<br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, et al.,<br><br>Defendants. | CASE NO. C18-5536 RJB<br><br>ORDER STRIKING DEFENDANT HONEYWELL INTERNATIONAL INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant Honeywell International Inc.'s ("Honeywell") Renewed Motion for Summary Judgment. Dkt. 682. The Court is familiar with the record and has reviewed the motion, and it is fully advised.

The Court should strike Honeywell's Renewed Motion for Summary Judgment (filed on December 20, 2019, and noted for January 10, 2020) as untimely and disruptive to the trial and pretrial scheduling order. *See* Dkt. 275 (setting trial for January 13, 2020, and ordering "Dispositive motions due by 11/7/2019, Motions in Limine due by 12/12/2019, Pretrial Order

ORDER STRIKING DEFENDANT HONEYWELL INTERNATIONAL INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT - 1

due by 12/27/2019, Pretrial Conference set for 1/3/2020"). If appropriate, the Court can resolve at trial the issues of whether (1) Plaintiff judicially admitted that he has no claim against Honeywell, and (2) Plaintiff's request for punitive damages should be denied.

Therefore, Honeywell's Renewed Motion for Summary Judgment (Dkt. 682) is **STRICKEN**.

IT IS SO ORDERED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 23rd day of December, 2019.

ROBERT J. BRYAN
United States District Judge